# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

United States of America
*Plaintiff(s)*

v.

MingQing Xiao
*Defendant(s)*

Case Number: 4:21-CR-40039-JPG

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | U. S. Courthouse<br>301 West Main<br>Benton, IL  62812 | Courtroom No.: | 2 |
| Before: | Magistrate Judge Reona J. Daly | Date and Time: | May 13, 2021 at 2:00pm |

This offense is briefly described as follows:
Counts 1-2: Wire Fraud in violation of 18:1343
Count3: False Statement in violation of 18:1001(a)(1)

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 302 West Main, Benton, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date:   April 21, 2021

_____, Deputy Clerk
*Issuing officer's signature*

MARGARET M. ROBERTIE, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*