DRAFT TRANSCRIPT OF MINGQING XIAO INTERROGATION

December 3, 2020

Legend:

- MX: Ming Xiao
- CB: Christopher Bockelmann, Federal Bureau of Investigation
- JM: James Morris, Homeland Security Investigations

1   CB: December 2, 2020. Federal agent Chris Bocklemann going to contact Dr. Xiao

2   [inaudible].

3   *knocking on door*

4   JM: Hi . . . Yeah . . . .

5   [Muffled]

6   [Knocking on door]

7   JM: Hi, my name is James Morris. I'm with the Homeland Security. I am here to speak with Dr. Xiao.

8   DAUGHTER: Um… Can I ask what this is about?

9   JM: Yeah, it's uh . . . it's an immigration question. Like uh… it's about travel to China.

10  DAUGHTER: And you are?

11  CB: I'm Chris Bockelmann with the FBI.

12  DAUGHTER: Okay . . .

13  CB: Is he home?

14  DAUGHTER: Yeah, can you just wait a minute?

15  JM: Sure, yeah, I don't mind.

16  CB: No problem.

17  [Radio sounds from background; muffling continues]

18  CB: [muffling] daughter, I think [muffling] daughter.

19  JM: Have anyone called the S O yet?

20  CB: S O?

21  JM: Sherriff's Office.

22  CB: No.

23  JM: [inaudible]

24  CB: Hm?

25  JM: [inaudible]

26  CB: Correct.

27  DAUGHTER: Um. he's getting out of the shower, so he'll be up here in a couple of …

28  JM: Okay perfect.

1   DAUGHTER: … Minutes is that okay?

2   CB: Yeah, that would be great, thank you very much.

3   CB: [inaudible] Get a hold of the sheriff's office.

4   JM: [inaudible] They're on their way.

5   CB: [inaudible] plus the neighbor-

6   JM: Right.

7   CB: [inaudible]

8   JM: So that guy a new transfer or right out of the academy?

9   CB: She says he's right out of the academy.

10  JM: [muffled] didn't go like navy seal jail but like [inaudible]

11  CB: Right. Not like the Marshall that was at the . . .

12  JM: Right.

13  *Both laughing*

14  JM: [inaudible] . . . but I used to have . . . to hide the CPAP [inaudible].

15  CB: [inaudible]

16  JM: *laughing*

17  JM: My buddy gets back from Syria today . . . He's been over there a year.

18  CB: Uh huh.

19  JM: That's what I'm going to be doing over Christmas break.

20  CB: Nice. Take them out to the beach? [inaudible]

21  JM: Yeah. [inaudible]

22  CB: [inaudible] of a headache? [inaudible] Take it with [inaudible].

23  JM: Oh, they're not good.

24  CB: No?

25  JM: [inaudible]

26  CB: Really?

27  JM: Yeah.

28  CB: I know it's really dark meat.

29  JM: Yeah. It's real tough and strainy.

30  CB: Really?

31  JM: Yeah.

32  CB: I had duck before, but it was wrapped in bacon-

33  JM: Yeah, yeah.

34  CB: So it was . . .

2

1    JM: Yeah, we usually skewer it, and then take pieces of fillet, and then like you go, like instead of doing

2    peppers, onions, and fillet, you go every other [inaudible]-

3    CB: [inaudible] that duck fat [inaudible].

4    *whispering distorted by microphone*

5    8:05 - MX: Hello.

6    JM: Hi, how are you doing sir?

7    CB: Good morning.

8    JM: Yeah, we should come in . . .

9    CB: We actually get, we get COVID tested everyday.

10   MX: Oh Oh. [inaudible] Come, please come. [inaudible]

11   JM: Hi, how are you?

12   CB:  I'll show you my badge.

13   MX: Oh okay.

14   JM: I'm a special agent with homeland security.

15   MX: Okay, I understand that.

16   CB: And I'm with the FBI.

17   MX: Okay, understand that. Yeah yeah. [Inaudible].

18   JM: Going to take my jacket off.

19   CB: Are you working from home?

20   MX: Uh, Yeah.

21   CB: You've got quite the setup here. Even in there as well, huh?

22   DAUGHTER:  There's like three of us [inaudible]

23   MX: [Muffled]

24   JM: Oh yeah? Oh.

25   CB: Right right right.

26   MX: Now you guys have a seat.  Yeah, have a seat, yeah, yeah.

27   JM: Appreciate it, thank you.

28   MX: No problem.

29   CB: I know this has got to be odd; you don't get um . . . federal agents-

30   MX: What can I do for you?

31   CB: Showing up at your door very often [laughing]

32   MX: It's okay, I understand that so like yeah . . . I can uh . . . I can . . . if you have any questions you are

33   feel free to ask me.

34   CB: Okay, great.

1    MX: So I probably should [inaudible].

2    JM: If you don't mind.

3    CB: If you choose.

4    MX: No, I don't mind

5    JM: Yeah.

6    CB: Gotcha.

7    CB: Okay, we will be respectful to anyone we might be talking to.

8    MX: Yeah, yeah.

9    CB: We don't know everybody's got different viewpoints on it-

10   MX: Right.

11   CB: And different thought processes so we don't . . . We try to be as respectful as possible.

12   MX: Okay, yeah.

13   JM: So what we uh want to talk about is some travel patterns. So part of it is I think your name matches

14   someone else's name-

15   MX: Oh!

16   JM: Um, Who went to Wuhan recently

17   MX: Oh no, I didn't.

18   JM: That's kind of what we thought [inaudible]

19   MX: It must be, it must be. I even didn't even leave the town; Carbondale.

20   JM: Gotcha.

21   CB: Oh you haven't left Carbondale at all?

22   MX: No, no not at all.

23   CB: Okay, alright, yeah.

24   JM: Yeah.

25   MX: . . . [inaudible] be with my family. No, I didn't travel to Wuhan.

26   JM: Right, so your last name is really common, so that's probably what it was-

27   MX: Okay.

28   JM: So that's basically what we're uh we're wanting uh to check out.

29   MX: Oh, okay.

30   JM: So-

31   CB: And- and just along with other questions about any other previous travel-

32   JM: Yeah.

33   CB: Ah as as well-

34   JM: So that way we can kind of confirm like which ones were actually you and which ones might-

1   MX: oh.

2   JM: Have been uh-

3   MX: You see. This is my passport of the record I'm – I'm [inaudible]

4   JM: Can I see it?

5   MX: I went to . . . China.

6   JM: Okay.

7   MX: You can have a copy if you want.

8   CB: Okay.

9   MX: So they have all the record there-

10  JM: Stamps?

11  MX: I think the latest I went to China is last year and in the December last year because I my mom passed

12  away uh uh-

13  JM: I'm sorry to hear that.

14  MX: Two years ago. I brought my mom's ash to Malaysia-

15  JM: Oh, okay.

16  MX: So I passed by China.

17  JM: Gotcha.

18  MX: And last year, the latest time I went to china was last year. December. This record there.

19  CB: Okay. [muffling]

20  JM: Yeah.

21  MX: Because then I [inaudible]

22  JM: Okay.

23  MX: And then [inaudible]

24  CB: And that was just for the purpose of spreading your mother's ashes.

25  MX: Yeah apart -- oh because I have a nephew also have a wedding at the same time, so I put the time

26  [together].

27  CB: Oh, okay.

28  MX: Uh nephew in Malaysia have a wedding –

29  CB: Got it.

30  MX: So we picked the time. The ashes actually I brought it in on April –

31  JM: Okay.

32  MX: Last April because of the … but the… the things they put in, they haven't finished it. So I had had to

33  come back the time to make sure they finished it at that time because my nephew . . . also married-

34  JM: Okay.

1   MX: In the December.

2   JM: Gotcha.

3   MX: Near the Christmas time.

4   JM: Gotcha.

5   MX: So I choose pick them together so I can make sure they finish it . . . the the [wall] because they put

6   the ashes in the wall and the finish the pattern.

7   JM: Oh! Okay.

8   MX: [inaudible]

9   CB: Oh wow.

10  MX: And so at the time of April I brought them they said they don't have enough time-

11  JM: Gotcha.

12  MX: To finish the [inaudible] until last year.

13  CB: I didn't know that that was a practice; that's kind of interesting.

14  MX: No; they put it in the front because they put the ashes in the inside.

15  CB: Uh huh.

16  MX: And then they take a picture make the [inaudible]-

17  JM: Okay, so kind of like a—like a --- a mausoleum vault; like what you have in like the in like the Greek

18  culture. Is that what you're talking about?

19  MX: Uh no because this accretion like they-

20  JM: Oh okay.

21  MX: They had put [inaudible] I should show you; I have the picture actually.

22  CB: I'd actually like to see that.

23  MX: Yeah! You want to see that?

24  CB: Yeah, yeah yeah. That'd be great… I'm … We're going off on a tangent but this is kind of

25  interesting.

26  MX: [inaudible due to distance]

27  MX: This is my . . .

28  *sounds in distance; flipping pages*

29  UNKNOWN: [muffled in distance].

30  DAUGHTER: [inaudible]

31  MX: (dui, dui) It's okay; it's okay [inaudible; this is the wall]-

32  JM: Oh, okay.

33  MX: One is my father, one is my mom.

34  JM: That's cool.

1    CB: That is cool.

2    MX: Yes, that is my-

3    JM: Is that your nephew with you?

4    MX: No, this is my brother.

5    JM: Oh, okay.

6    MX: Different [inaudible]

7    CB: Does he still live in Malaysia?

8    MX: Vancouver.

9    JM: [inaudible]

10   CB: Oh, he lives in Vancouver.

11   MX: They moved, they immigrated to Vancouver.

12   JM: Okay.

13   MX: Around ten years ago, I think more than ten years ago.

14   JM: Okay.

15   CB: Right, right.

16   MX: So . . . Sorry that my dog.

17   JM: Oh that's fine; I love dogs.

18   CB: So do you uh do you still have family in Malaysia or Chi-? Are you from Malaysia or China?

19   MX: My parents actually so … I am from China.

20   CB: Okay.

21   MX: My parents is my parents born in Malaysia

22   CB: Okay.

23   MX: They are not born in China.

24   JM: Okay.

25   MX: So but my father and mother and they went back to China in the fifties.

26   CB: Okay.

27   JM: Okay.

28   MX: From Malaysia, and my father actually at that time, he is from Singapore.

29   JM: Okay.

30   MX: So they went back to China and had me and my brother.

31   CB: Gotcha.

32   JM: Gotcha.

33   MX: And after that we so the majority my father's uh family is in either in Singapore or Malaysia.

34   JM: Okay.

1   MX: And my mom her parents also in Malaysia but she she has some brother, now I still have three
2   uncles in China.
3   JM: Okay.
4   MX: Uh It's my mom's brother.
5   CB: Right.
6   MX: Yeah.
7   CB: Do you get back to see them or do you?
8   MX: Yeah, I saw them like last year I went …. When I went to Malaysia by China I visit them-
9   CB: Right.
10  JM: Okay.
11  MX: Yeah but they are quite old already like-
12  CB: Yeah.
13  MX: Like my oldest uncle is … already ninety years almost ninety years-
14  CB: Wow.
15  MX: Old.
16  JM: Gotcha.
17  CB: Wow.
18  JM: Alright, so you haven't … you didn't go in uh June to uh back to China this June?
19  MX: No.
20  JM: 2000?
21  MX: No no no, this uh pandemic how can I?
22  JM: Right right. … so uh what happens is is like when someone crosses like you know leaves the country,
23  comes back in the country, you know when they scan your passport it [inaudible] in a database so it can
24  be matches like that, and because you do you have grants and stuff with the government-
25  MX: Yeah, I do.
26  JM: So there's like some scrutiny on that because-
27  MX: Oh I see.
28  JM: It just could be like I don't think any of your grants are like uh stuff to where you're trying to
29  develop a vaccine or anything like that.
30  MX: [inaudible; oh okay, no] no.
31  JM: But like they just kind of want them all together to see if anyone might have been leaving-
32  MX: Okay.
33  JM: With any of that information–
34  MX: Right.

1    JM: Or stuff like that.

2    CB: Plus your grant in China as well uh came up as well.

3    JM: Right.

4    CB: So it's one of those things that they want us to come out and talk to people.

5    [Inaudible]

6    MX: I don't have any grants in China.

7    CB: You don't have any grants in China at all?

8    MX: Uh, research grant no, but I do, the way is yeah. The way is sometimes my collaborator-

9    JM: Uh huh.

10   MX: They say they apply grant-

11   JM: Yeah.

12   MX: Could we put your name as like a personnel or support something like that but not like-

13   CB: Right.

14   MX: A PI. Not like a principle investigator.

15   JM: Okay.

16   CB: Okay.

17   MX: or like the I am the in charge like that one.

18   CB: Yeah you're not the-

19   JM: You're not the PI-

20   CB: The person who was receiving the funds.

21   MX: Right, but this [inaudible] me because I little bit worried about this a couple years is that they asked

22   me politely to collaborate [inaudible]-

23   JM: Yeah.

24   MX: and they asked uh for the passport-

25   JM: Okay.

26   MX: So I just sometimes worry about whether my confidential-

27   JM: Yeah information.

28   MX: Infor-information for example, recently Shenzhen University-

29   JM: Uh huh.

30   MX: But we, I collaborate with Shenzhen University, the SIU a lot because we brought some

31   undergraduate to-

32   CB: Right.

9

1   MX: SIU and we tried to for the recruitment for the international student, so I visit them also a couple

2   times with our international office and we we we we are work together to try to recruit more student

3   comes in.

4   JM: At SIU?

5   MX: Yes, to SIU.

6   JM: Okay.

7   CB: Okay.

8   MX: And recently they have um uh they have um I get a request from them they say asked me to review

9   uh uh review um uh uh promotion file and then when I review the promotion file, they said they can pay

10   me like uh one thousand Ren Min Bi, so about one hundred fifty bucks, something like that.

11   JM: And that's from Shenzhen University?

12   MX: Yeah, and then they asked me the the copy of my passport, so I kind of I kind of j-just worry about

13   that a confidential uh-

14   JM: Sure.

15   MX: Whether I uh that situation because sometimes they ask for this information-

16   JM: These referrals, do any of them come during the pandemic at all?

17   MX: Huh?

18   JM: Like did any of these referrals come back to the United States or uh come to the United States during

19   the pandemic?

20   MX: Uh you you mean which one?

21   JM: So you said that the Shenzhen University pays you a hundred and fifty dollars for the referrals-

22   [JM/MX speaking over each other]

23   MX: To review the promotion dossier.

24   JM: Oh okay.

25   MX: For for for not for the pandemic, to review the promotion the someone apply associate professor-

26   JM: Okay so like they-

27   MX: They're an associate professor-

28   JM: [interrupting] like a J1-

29   CB: Right, right.

30   MX: Huh?

31   JM: They want to come over as a J1?

32   MX: No no, they not come here they-

33   JM: Okay.

34   MX: [capture] in Shenzhen-

1   JM: Oh proposal like they are-

2   MX: No promotion.

3   JM: Like their tenure package.

4   MX: Yeah, tenure package.

5   JM: Gotcha.

6   MX: So they he did this guy the guy is working in the-

7   JM: Gotcha.

8   MX: Shenzhen University as a assistant professor.

9   JM: Gotcha.

10   MX: So he is applying associate professor and the Shenzhen University re-required that right that they

11   need to some reviewer must be come from abroad-

12   JM: Oh okay.

13   MX: Not just domestic in China-

14   JM: Gotcha.

15   CB: Right.

16   MX: So they one of the they request me and then asked me to review this dossier-

17   JM: Gotcha.

18   MX: The promotion associate professor the dossier and then I review it and then they say you get the uh

19   uh what they call the kind of-

20   JM: Like a stipend.

21   MX: Honorary, something like that-

22   JM: Okay.

23   MX: So it's a they say it's one thousand five hundred Ren Min Bi.

24   JM: Okay.

25   MX: So about a little bit less than two hundred but take they need to take the tax away-

26   JM: Gotcha.

27   MX: And but they asked me the information is the passport information

28   JM: Okay so, um, just making sure I understand this, so basically you were on the board if you would to

29   review a tenure package for professors in Shenzhen University that were trying to get tenure, is that right?

30   MX: For someone yes-

31   JM: Okay.

32   MX: But not on the board, I think they just randomly-

33   JM: Yeah yeah, right, um, and did you have to go overseas for that?

34   MX: No, no.

1   JM: Okay, so you reviewed [it] all back here?

2   MX: Yeah yeah, on the computer.

3   JM: Okay how many of those did you do?

4   MX: I only did one.

5   JM: You've only done one?

6   MX: Yeah, this year I only do one.

7   JM: Okay.

8   CB: Have you done them in the past?

9   MX: No.

10  CB: Before this year?

11  MX: This is the first one.

12  CB: And this is all through Shenzhen University or?

13  MX: Yeah, this from Shenzhen.

14  CB: Okay.

15  MX: This request is from Shenzhen University.

16  CB: Got it.

17  MX: I think they need me because we have the I I we put SIU and an and the maths… the mathematical

18  school in Shenzhen University-

19  CB: Right.

20  MX: We had the talk about the collaboration and bringing up a joint Ph. D. program, I'm the guy actually

21  communicating with them to talk about how the we were to joint-

22  JM: Okay.

23  MX: Ph. D. program this past couple years-

24  JM: Yup.

25  MX: Because we would like to doing that we discuss SIU and and Shenzhen University we discuss that is

26  that uh we have a joint Ph. D. program they get Ph. D. from SIU-

27  JM: Uh huh.

28  MX: But the first two years they can in the Shenzhen and they get to make the uh uh uh ready so some

29  courses and then the student come from SIU with the Shenzhen University pay their tuition-

30  JM: Okay.

31  MX: And then we work to get SIU Ph D degree this is what we're talking about.

32  JM: And that- and that's through the mathematics department?

33  MX: Yeah not just through the yeah mathematical department and international office.

34  JM: Okay.

1   MX: Yeah.

2   JM: Gotcha.

3   MX: Yeah they're involved. All this involved. It's not just me but I'm the main person to to to try to

4   because this my uh specialty when they look at the detail what class we should have what class we don't

5   what course we should kind of and this what [inaudible]-

6   CB: What you should have, what you should

7   MX: Right right.

8   CB: Focus on, in the curriculum?

9   MX: Yeah-

10  CB: Okay.

11  MX: The details-

12  CB: Right.

13  MX: But the policy of the university-

14  CB: And you do that for SIU and for Shenzhen then?

15  MX: Well for SIU-

16  CB: Okay.

17  MX: For SIU-

18  CB: Gotcha.

19  MX: So for SIU. Shenzhen they they originally Shenzhen University they have associate dean actually is

20  a visiting scholar and he visited my colleague in my department so I know this a couple years ago and I

21  know this associate dean so this how and the associate dean he was somehow he connected to the- he

22  contacted to the international office of SIU so they established some possible collaboration and then we

23  did bring some student in from Shenzhen University to SIU because SIU has an enrollment problem so

24  we tried to attract more international student from abroad.

25  JM: Oh okay.

26  CB: Gotcha.

27  MX: So yeah.

28  CB: So, was that under specific like uh directive or policy or program that you were doing that under or

29  was it just… how were you recruiting the students to come over?

30  MX: Uh how oh you how they just just just the international office and they discuss with the SIU uh SIU

31  international office-

32  CB: Right.

33  MX: Discuss with the Shenzhen University-

34  CB: Gotcha.

1    MX: They negotiate the tuition-

2    CB and JM: Gotcha.

3    MX: I'm not sure what the policy they had but they-

4    CB: No no no I'm just was familiar with some other things like pilot plans and what not.

5    MX: Oh no no-

6    CB: Was wondering if it was involved with the talent plans.

7    MX: No this, just completed for education.

8    CB: Okay.

9    MX: It's not like it's also maths so I know I understand now the sensitive for the talent program this has

10   nothing to do with the talent plan. It's just because we just wanted the student from Shenzhen University-

11   CB: Right.

12   MX: The reason we target in Shenzhen University actually a long time ago almost ten years ago I I I

13   suggest the university to contact more on the south part of China there's a lot of families they afford to

14   send their kids to-

15   JM: Uh huh.

16   MX: To the united states or to the other country for the education-

17   JM: Yup.

18   CB: Okay.

19   MX: And the SIU we long time we have the problem enrollment problem.

20   CB: Right-

21   JM: Yeah.

22   CB: Right.

23   MX: So we want to-

24   JM: Sure.

25   MX: So and so the uh when they have the opportunity to SIU is really wanted expand their the uh

26   international enrollment-

27   CB: Yeah absolutely yeah yeah yeah.

28   MX: So the way they contact- we established the contact and usually we work I work on the detail like

29   this course they should have this course they should not have-

30   CB: Right.

31   MX: But for the policy for the how the tuition, the SIU actually charged the Shenzhen University the uh

32   student I think it's in-state tuition, so so they have a agreement-

33   JM: Okay.

1   MX; I think you might talk to the the what is it? Carver he's the international office director. And

2   someone Andrew, his first name is Andrew Carv- how would I forgot what this?

3   JM: Okay.

4   CB: How do you spell that?

5   MX: He knew that Andrew, let me see what is the SIU International office.

6   JM: Angel Carter?

7   MX: [inaudible] he know that he know a lot of detail-

8   JM: Okay.

9   MX: About [working] there-

10   JM: You said he's the director and his first name is Angel?

11   MX: Yeah.

12   JM: Yeah we can find that-

13   CB: Yeah, that's not a [inaudible problem] yeah

14   JM: So, um and one of the other trips and I am just trying to confirm which ones were actually you and

15   not this other guy-

16   MX: Okay.

17   JM: Um and I'm going to say this wrong doctor I'm sorry.

18   MX: No problem.

19   JM: Uh Zhong Dong University? Jiang?

20   MX: Zhiangdong?

21   JM: Zh-ung dong university?

22   MX: Zhun dong? No. Where? This university?

23   JM: It's in China. Uh, uh. G U A N G D O N G.

24   MX: G U A N G? Guangdong?

25   JM: There you go!

26   CB: Guangdong.

27   JM: Did you- did you take a trip there in 2019?

28   MX: No. Uh 2019, no.

29   JM: Okay.

30   MX: No. But I do have some uh but this uh 2016 I do.

31   JM: Okay so you went there in 2016?

32   MX: But not 2019.

33   JM: So this 2019 trips' not you?

34   MX: No, no.

1    JM: Okay, what's your relationship with them?

2    MX: Uh in the 2016?

3    JM: Uh huh

4    MX: Oh.

5    JM: Just in general what's your relationship with that university? Is it like Shenzhen or where SIU has a

6    relationship with them or is it just you or?

7    MX: Just you see because my undergraduate uh my undergraduate is uh graduated from a school actually

8    school is Leitan combine together to form this called Guangdong University of Technology, this is what

9    you're saying right?

10   JM: Uh yeah uh.

11   CB: Yeah, I think that's right.

12   [Inaudible]

13   JM: Yes, yes, yes.

14   CB: Yeah.

15   MX: Okay, okay. So, I my when my undergraduate the time and they my school is uh uh uh is uh one

16   single school and Leitan they have a couple school combine together to form this called the Guangdong

17   University of Technology.

18   JM: Okay.

19   MX: So this is why I know some people there because they when I was an undergraduate there my we

20   know each other.

21   JM: Okay.

22   MX: So 2016 is that I was invited to give a talk but it the just I talked about optimum control uh uh uh uh

23   computation something like that.

24   JM: Okay.

25   MX: But not, it's just my research-

26   JM: Gotcha.

27   MX: It's not-

28   JM: The university.

29   MX: I don't have any uh …. With them any contract with them.

30   JM: So and like I said I was just going through this travel stuff, so on March 25 of 2019 through April 13,

31   2019, you didn't visit that university?

32   MX: No, no, no, not at all

33   JM: Okay, you did not visit Zhongdong University of Technology?

34   MX: Guangdong; no, no.

1   JM: Okay so March of '19 through April of '19, anywhere in that time frame, you didn't go visit them?

2   MX: Uh uh.

3   CB: Or China at all?

4   MX: No no, 2019 I went to China.

5   JM: Okay, did you go to that university?

6   MX: Not that university not that university, Guangdong no, I didn't don't even give a talk, but I did

7   visit… I don't give a talk to uh South China normal- South Normal China University.

8   JM: South China Normal University?

9   MX: Yeah, yeah, yeah, yeah. Because I have a collaborator Wen Li is actually my collaborator. But I

10   didn't go to Guangdong University of Technology at all.

11   CB: Okay

12   JM: Okay

13   CB: And you collaborate with Wen Ling on research that you're doing-

14   MX: Yeah, yeah.

15   CB: In China or in the United States?

16   MX: In the United… because they come visit me and and and uh short visit two times. One time is 2013 I

17   think, one time is last year, he went here in the in the July-

18   CB: Okay.

19   MX: For like uh ten days, fifteen days because he has a conference in I think it's in Las Vegas.

20   CB: Gotcha.

21   MX: So he come to my house actually in last year-

22   CB: Gotcha.

23   MX: And uh

24   CB: How do you spell Kui Ling?

25   MX: W E N L I. Last name L I.

26   CB: E N.

27   MX: On paper, joint paper actually recently-

28   CB: Publication?

29   MX: Yeah, it's a [inaudible] publication-

30   CB: Gotcha.

31   MX: Actually you can … let's let's see…. We can here.

32   CB: Is that it?

33   [inaudible]

34   MX: Um may not be here. But if you need it I can give it to you. You interested in take a look?

1    JM: I [inaudible]

2    CB: Yeah I… Yeah, I'm not… it's not my area of expertise.

3    JM: Yeah.

4    CB: So I am . . . .

5    MX: If you need it let me know and I can provide it.

6    JM: Okay.

7    CB: I understand you're a doctor of mathematics-

8    MX: Yeah.

9    CB: Uh, what is your research covering what is uh?

10   MX: My research covering?

11   CB: Yeah so what is-

12   JM: What's your focus area?

13   CB: What is the focus of your research?

14   MX: Okay, okay, I can.

15   CB: Just so I can better understand in like laymen's terms-

16   MX: I understand I understand.

17   CB: Cause I know the Pythagorean theorem has been around a long time, but I don't exactly know how to

18   apply it.

19   MX: I teach the Pythagorean theorem everyday.

20   [LAUGHING]

21   MX: Yeah so I original graduated U of I 1997.

22   JM: Okay.

23   MX: And with uh so my so I at the time my uh research focus on the control theorem. The control like

24   doing some like uh the the control theorem it's not like a [unsure] but it's a theoretically how to for

25   example there's a system there, how to stabilize this system and and you put how the external force.

26   JM: Okay.

27   MX: It can stabilize the system. But it's more from the mathematical point of view.

28   JM: Gotcha.

29   MX: So I know you guys. I know the concern is that because we doing it different from I do because I'm

30   from the maths department-

31   JM: Uh huh.

32   CB: Right.

33   MX: It's not engineering,

34   CB: Right, right.

1    MX: Not engineering, and we pretty much just look through the principle of mathematics. And so this so

2    we work on how to stabilize system. But after that, then I expand to a couple area and then I expand to I

3    work because some colleague comes in some student comes in and we collaborated so at time to time I

4    also work on the mathematical biology.

5    JM: Okay.

6    MX: So use mathematics to look at the biology look at the let's say for example the insect movement

7    what's the pattern.

8    CB: Right.

9    MX: And we use mathematical describe the pattern.

10    JM: Gotcha.

11    MX: And and then I move from doing some uh uh doing some numerical computation of the uh uh

12    optimal control function because usually it very difficult to get the func… to solve the the the PDE the

13    differential equations are very complicated, so what for a while I study with my student now he is in the

14    assistant professor in the SIUE at Jun Liu; J U N L I U; he is my Ph D student. So we worked on the

15    algorithm; how to get those function you not solvable but by computer we tried to get it. And then

16    recently more recently I'm interested in work on big data because the development and the the size we

17    work on how the big data for example when the big data comes in, some data gets corrupted and then we

18    need to recover this data.

19    CB: Right.

20    MX: And how to do so. So this one recently one I focus on.

21    CB: Interesting.

22    JM: So when you're looking at the big data are you looking at it from the theoretical or the utilitarian

23    aspect?

24    MX: Theoretical.

25    JM: Okay.

26    MX: Because I am a mathematics.

27    JM: Right.

28    MX: Mathematicians, so usually I look at more theoretical fundamental things and then just like how to

29    implement it like what kind of common features all mathematical better description on this kind of

30    [inaudible].

31    JM: I'm a liberal arts guy who specializes in uh political science but it seems like if you go from

32    stabilization to mathematical pattern and movements then over to big data, it seems like you could fix a

33    lot of problems.

34    [laughing]

1    MX: Hopefully! But you know theoretically usually-

2    JM: Right.

3    MX: And [practical] a big gap-

4    JM: Right.

5    MX: Yeah.

6    JM: Yeah. But uh, theo-theoretical isn't that kind of usually the roadmap that kind of gets you to to what

7    the uh practical people can do?

8    MX: The reason is theoretical a lot of assumption is unclear-

9    JM: Right.

10   MX: [inaudible] and the realistic is not, they have some probability-

11   JM: Right.

12   MX: Going different way.

13   JM: Right so that it doesn't account for the rain when you're painting.

14   MX: Exactly.

15   JM: Right.

16   MX: Exactly.

17   JM: No, no, I get you. Um alright, so uh within that, um, and you're China travel, have you uh-

18   MX: Uh huh.

19   JM: Have you have you ever taught in China?

20   MX: Uh uh uh last year you're talking about?

21   JM: No just ever.

22   MX: Talked someone?

23   JM: Taught like taught-

24   CB: Have you been a professor employed by a university in China before?

25   MX: Not employee but give a program, yeah, I do often because when I visit the china when I'm with my

26   uncles or pass by-

27   JM: Uh huh.

28   MX: I have a lot of uh collaborator-

29   JM: Uh huh.

30   MX: Or friends could you give a talk in my university as a guest so-

31   CB: Right.

32   MX: Yes, I have yes

33   JM: Have you ever done um any work or gotten paid from the National Natural Sciences Foundation in

34   China?

1    MX: No, no, not at all. At least not directly for to me, maybe for example-

2    JM: Uh huh.

3    MX: Someone gets a National Science Foundation of China-

4    JM: Yup.

5    MX: And someone, and they invite, so like I went and visit that university-

6    JM: Yup.

7    MX: And then they use the grant pay for uh my hotel fee-

8    JM: Gotcha.

9    MX: And that's possible, but not like a payment.

10   JM: Not a check?

11   MX: No, no, no.

12   JM: Have you ever gotten any money from any grant ever from China?

13   MX: Not grant. I don't think it's a grant-

14   JM: Like money?

15   MX: Moneys. For example, like I said like I reviewed the proposal-

16   JM: Yeah.

17   MX: And I give a talk they usually give me is about like three thousand Ren Min Bi.

18   JM: Yup.

19   MX: And that's that's the I do get those money.

20   JM: Gotcha.

21   MX: But not like a paycheck or uh a regular salary.

22   JM: So like so like in the United States and I know China is different, but in the United States, if I were a

23   smart fella, which I'm not, and I applied for an SBIR grant and I got ninety thousand dollars or something

24   like that to go research you know police science or something like that. Did you ever-Have you ever

25   gotten anything like similar to that from China to where China has paid you either university or the

26   government has paid you to do any research for them?

27   MX: Not for research. Like-

28   JM: Or anything other than like a hundred dollar speaking fee?

29   MX: Uh, yes. Speaking fee and also Shenzhen University they say they pay me-

30   JM: Uh huh.

31   MX: If I visit them-

32   JM: Yup.

33   MX: And if visit uh uh uh uh them but they say they give me Shenzhen University give me some money

34   is they say the money is for me to visit them.

21

1    JM: Gotcha.

2    MX: And for cover the travel-

3    JM: Gotcha.

4    MX: And the expense-

5    JM: How do they pay you when they give you the money?

6    MX: They pay me through my uh uh uh they put it into a account in China.

7    JM: So you have a bank account in China?

8    MX: Yes, yes.

9    JM: What's the what bank is it through?

10    MX: It's uh a Pingan, Pingan Bank?

11    JM: Pinyan bank?

12    MX: I can show you this what is this [inaudible] yeah. [inaudible] and [inaudible]. But this money I only

13    use it as I for the when I… let's see…. When I this money I only use it as I when I travel to them.

14    JM: Gotcha.

15    MX: To the [inaudible] yeah… yeah. [inaudible]

16    JM: Does that work here?

17    MX: No, no, no.

18    JM: Okay. I didn't know how-

19    CB: Yeah, no.

20    MX: I- no.

21    CB: That's not the area of my specialty-

22    JM: Yeah.

23    CB: So I'm not sure how all that works.

24    JM: So uh on something like this, uh, like how- how much money do they put in there?

25    MX: They put it in the so uh they put it into the every every month they put in about uh ten… about uh

26    ten thousand four-four hundred.

27    CB: US dollars?

28    MX: No no no no,

29    CB: Oh.

30    MX: About two thousand Unit- US dollars.

31    JM: Okay.

32    CB: Every month?

1   MX: Yeah. Yeah. But they say it is that for me to there is not for the the the say the money is because

2   they wanted me… you see the story is that when we collaboration the the Shenzhen University, they don't

3   have the PhD maths program-

4   CB: Right.

5   MX: They want us to help them to develop their Ph. D. program that's why they also interesting-

6   JM: Gotcha.

7   CB: Yeah.

8   MX: In collaborate the the we do the collaborations. So-

9   CB: Is Shenzhen the only university you have this deal with?

10  MX: Yeah.

11  CB: It is? Okay.

12  MX: Yeah, yeah

13  CB: You don't have- you don't get any money from any other universities-

14  MX: No.

15  CB: Or you're not affiliated with any other universities like Guangdong or-

16  MX: I affiliate as a guest professor, this why I have uh uh I have uh when I I think I talk to the when they

17  talk about export control and things-

18  CB: Right.

19  MX: I do have a couple title for the guest- guest professors. For example, I in in Shenzhen you would say

20  I'm the guest professor-

21  JM: Gotcha.

22  MX: For the university.

23  CB: Gotcha.

24  MX: And in the like uh in the couple years ago, I know a couple years ago I also the guest professor of

25  the what you call electronic science?

26  JM: And technology?

27  MX: Yeah, in in in in in the ChengDu.

28  JM: Okay.

29  MX: But after then; I have no contact with them so I don't know whether the guest professor-

30  CB: Right

31  MX: Would still be valid or not or-

32  CB: Right.

33  MX: Something like that.

34  CB: How long have you been doing this with Shenzhen?

1   MX: Oh uh Shenzhen we started in 2016.

2   CB: 2016?

3   MX: Yeah.

4   CB: Oh wow, so you've been getting two thousand dollars a month since 2016?

5   MX: Uh, yeah.

6   CB: Gotcha. How much- How much money would you say you have in that account now? It's got to be

7   decent because you don't go over that often?

8   MX: Right right,

9   CB: You're not able to spend that money.

10  MX: Yeah Yeah. About because about right now it's about I think it's about one hundred thousand

11  dollars.

12  CB: Wow!

13  JM: In US dollars?

14  MX: 1 [Shenzhen] is one hundred ten? One hundred, yes.

15  JM: One hundred?

16  MX: But it's a Chinese dollar. And I just because I just use it when I if I in China, but when I'm outside

17  of China I don't use it.

18  JM: Gotcha.

19  CB: Gotcha.

20  JM: So how do you? Like does that have online banking to where you can like check to see if you have

21  money in there still?

22  MX: Uh uh yeah, yeah, yeah.

23  JM: Okay.

24  MX: Yeah.

25  JM: So you said there's about a hundred thousand US dollars in there?

26  MX: Yeah, but there's Ren Min Bi, it's not USD.

27  JM: Right.

28  CB: Oh okay.

29  JM: So it's one point one million Ren Min Bi or whatever.

30  MX: Not Ren Min Bi, it's eighty eight-, so suppose I think it's eighty uh eighty-thousand; eighty-

31  thousand, I can see the amount actually. I can show you the amount if you would like. Let's see….

32  Um….. [inaudible]

33  JM: Yeah, I'm terrible with the Peso conversion, let alone-

34  CB: I know; yeah, right.

1   JM: That one used to be just ten-

2   CB: Yeah.

3   JM: You basically just took the zero off-

4   CB: Uh huh; It's not the case anymore.

5   MX: Yeah because sometimes like-

6   JM: Yeah.

7   MX: I'll show you that.

8   JM: Yeah is that the…

9   MX: [inaudible]

10  [inaudible]

11  JM: Okay. So that's in that's in Ren Min Bi?

12  MX: Yeah.

13  JM: You know what? [inaudible]

14  CB: *laughing*

15  CB: You just want me to [snap]?

16  JM: Yeah.

17  JM: We have these phones with these…. Everything's face password now and we can't- we cover our

18  faces!

19  MX: So uh and because I thought this money actually is there just for me to use in China is not like you

20  [inaudible] but like I I-

21  JM: Is that the dollar conversion right there?

22  MX: No, no, no, this the you can use that amount.

23  JM: Okay.

24  CB: Oh, okay.

25  JM: So the balance is that uh eight thirty seven; yeah yeah eight-hundred thousand?

26  MX: Yeah, yeah, right now, yeah.

27  CB: And that converts to about eighty thousand US?

28  MX: Yeah.

29  CB: Okay.

30  MX: Yeah.

31  CB: Gotcha. Well that's kind of nice to have a little nest egg over there!

32  MX: Well, well, well because I well the problem is that uh yeah it's nice but I don't know is that because

33  I actually-

1    JM: I just. I put it in here, it says about a hundred and twenty six thousand, does that sound right, US
2    dollars?
3    MX: Probably yeah.
4    JM: Yeah okay.
5    MX: Based on the on the rates.
6    JM: Gotcha.
7    MX: Because I the point is honest speaking is that they take this money that they give me that every
8    month they give me just try to promote the uh collaboration the work they say and actually it is that the
9    money is maybe a way to be used for me when I travel to China to visit them-
10   JM: Sure.
11   MX: For the for the airplane fee and for the for the because the originally I think they calculate this
12   amount as the base on every year I stay they require every year they say you need to come over to give a
13   talk, give a presentation.
14   JM: Right.
15   CB: Right.
16   MX: So they calculate the cost for the airplane fee and for the lodging for the time [inaudible]
17   JM: Sure.
18   MX: But like actually I didn't go that often-
19   JM: Okay.
20   CB: Okay.
21   MX: Actually so 2016 I only come to the I didn't go to the China eh on the 2016 for my mom-
22   JM: Gotcha.
23   MX: Because my mom was really old at the time [inaudible]
24   CB: Right.
25   MX: Visit. And I didn't go in 2018, I didn't go in 2018 and 17.
26   CB: Do they try to get you to come back when you haven't been for a while? I'm just curious as they're
27   giving you this money and… Do you have a contract with them or?
28   MX: They… uh not like uh they say not like a contract they just say now this the money give you for
29   the for the y- uh for the because I also um supervise one of the some of the uh the uh students in China;
30   they I [make] what the supervisor makes when they write a paper, they ask me to see how to make it
31   better and how to work it out some-
32   CB: Right.
33   MX: When they have question-
34   CB: Right.

1   MX: And they work on those things. so they are not like they just say they will when you this the when

2   you come we don't pay you the hotel, we don't pay you the airplane because this the money.

3   CB: Right, this is the money you're supposed to be using-

4   MX: That's it.

5   CB: To do that with.

6   MX: Exactly. So my honestly at the time I'm not sure is that because is this my income or not, this so

7   because this this I didn't report it on my income-

8   CB: In the States, you didn't report it?

9   MX: Yeah, I didn't report it because I don't know if it's supposed to I consider maybe next year supposed

10  to be. But is that because this first of all is not usable for me to in the-

11  CB: Right.

12  MX: In the United States, to use it.  And that's why I didn't sure you can calculate amount.

13  JM: Right.

14  MX: I didn't turn to the money into my pocket to bring back.

15  JM: How do you buy an airline ticket with this in the United States?

16  MX: No, we don't we don't I don't use this card to to buy it.

17  JM: Oh okay, so how so when you fly to China how do you fly?

18  MX: And I; I I use my own credit card-

19  JM: Uh huh.

20  MX: And then do to to to pay it.

21  JM: So can you just transfer that money to your US bank account-

22  MX: Yeah.

23  JM: To pay your credit card off?

24  MX: No, no, no.

25  JM: Okay, how do you get your money to pay your airline bill?

26  MX: I use my own here credit card-

27  JM: Uh huh.

28  MX: I use my own credit card here.

29  JM: Right but how do you get the money out of here to pay yourself back?

30  MX: Oh, okay, when I get to China then I can I keep my receipt I can now use this one to get my uh

31  Ren Min Bi back and then the convert back to the US dollar.

32  JM: Okay, so can you could you wire this money to yourself if you needed to to pay your credit card?

33  MX: Uh in China, not here I can't I-I never tried I never do it.

34  JM: Okay.

1    CB: So you when you get to China you take out cash to pay yourself back for the flight?

2    MX: Yeah, uh yeah.

3    CB: And then you just bring the cash back home with you… Is that I'm just still []

4    MX: Right, correct yeah.

5    CB: Okay.

6    [distortion]

7    MX: The properly amount I actually use and then you can calculate the total amount I got-

8    CB: Do you go on a shopping spree when you uh get over to China too? Because I mean if I had that

9    money sitting over there-

10   JM: Yeah

11   CB: I'd probably be buying a buying a I'd be buying a Rolex [laughing]

12   MX: No you can calculate every month I got it-

13   JM: Yeah.

14   MX: And then the total right now and also, not not not really I only use for the purpose-

15   JM: Since you don't go over there that often, um, but you still like you're still a guest professor, right, is

16   how they have you classified is that?

17   MX: Yeah.

18   JM: Do they like do they let you like buy a computer and stuff like that so that way or pay for your

19   internet so that way you can still teach online?

20   MX: No, no, no.

21   JM: Okay.

22   MX: This the, no they didn't they didn't pay me for like the equipment.

23   JM: Okay.

24   MX: No.

25   JM: Gotcha.

26   MX: It's all I I think like this equipment either from SIU or I bought myself it here for myself-

27   JM: Okay.

28   MX: With my money.

29   JM: Gotcha. So you never reported any of this to the United States like the IRS or anything like that?

30   MX: Right, right, so-

31   JM: Um… did uh did you ever tell the university about the uh like this stipend or whatever, SIU?

32   MX: Uh, no.

33   JM: Okay.

34   MX: No, no.

1    JM: Um, did you have any other like you said that you are also a guest professor at uh I'm going to
2    butcher it again, the Zhong, ZhongDong?
3    MX: Uh uh uh Guangdong?
4    CB: Guangdong.
5    JM: Guangdong University of Technology you don't have this agreement with them? Do they pay you?
6    MX: No no no not at all no no. I no no. GuangDong Uni… no.
7    CB: Does the univer-… doesn't SIU uh C ask about your affiliations with other universities? Isn't there
8    something that they do on a … [inaudible] aren't you required to report that to the export compliance
9    office or something like that right, I can't remember.
10   MX: They ask uh whether you have an interest conflict?
11   CB: Okay.
12   MX: they do ask me whether do you have an interest conflict. The reason they the guest professor be out
13   pay all this and only Shenzhen this [inaudible] because they try to uh promote some like uh possible
14   collaboration and and also the money they did I didn't say it for me to they didn't say the money is for
15   you to use as like you personal or something-
16   JM: Sure.
17   MX: They say is the money is you use it for your travel when you travel and pay the things there.
18   JM: But if you're a tenured professor at SIU, don't they pay for your travel when you go to China for
19   this?
20   MX: SIU?
21   JM: Yeah.
22   MX: No SIU we we we have a [budget] shop for the usually they run every budget cut [inaudible]
23   CB: Oh okay.
24   JM: So SUI has never paid for your travel to go to China?
25   MX: Not never pay but unless [inaudible] ten years [then no].
26   JM: So in the last ten years, they've never paid for a plane ticket for you to go to China?
27   MX: Uh… Last ten years… in I think its uh no, not from the SIU money it's not from the like SIU's
28   money; I think it's I can try … it's actually it's not really actually.
29   JM: Okay, so you said not SIU's money, uh, so was it like a a grant or something that paid for it?
30   MX: Yeah, like a couple years I have like a a grant from with uh Qatar. Qatar.
31   CB: Oh.
32   JM: With Qatar?
33   MX: Qatar Foundation
34   JM: With Qatar?

29

1    MX: Qatar Foundation, I have collaborator who's called…. Wen Ting Huang, so he is faculty in.

2    JM: What university in Qatar?

3    MX: In the Texas A&M University at Qatar.

4    JM: Oh okay, Texas A&M in Qatar.

5    MX: Yeah, and and yeah yeah Qatar.

6    JM: Sorry, I think it's called [Kuh-Tar] but when I was over there-

7    MX: Qatar, yeah.

8    CB: You call it many different things-

9    JM: Yeah.

10   CB: I know everyone pronounces it just a little bit different.

11   JM: Um who was the professor at uh what was his name?

12   MX: Uh last name is Huang H U A N G.

13   JM: H U A N G.

14   MX: Yeah.

15   JM: Is he math as well?

16   MX: Uh he is math, yeah [inaudible] Ting Wen [T I N G W E N]. They're one of my collaborators a

17   couple years ago.

18   JM: Um so the other university that you mentioned too, the University of Electronic and Science

19   Technology in China?

20   MX: Yeah, yeah.

21   JM: What what happened, do they what's the deal with them, do you are you still a guest professor with

22   them or?

23   MX: No no, they I actually… uh in 2015-

24   JM: Yeah.

25   MX: And I gave a talk there. I went there to give a talk, so they give me uh guest lecturer title but I never

26   get any money or type or like uh pay those things, just like a gue-… like a just like a guest professor.

27   JM: Um so that's the only association you have with that university?

28   MX: Uh no I have uh uh a guest professor I have uh what else…. And what is the so they they took

29   [inaudible; they took] not stuff is the now this the size, what else is let me see here?... Oh! The for the

30   Guangdong University of Technology is um long time ago they put me in the also guest professor but

31   they [right now; inaudible] and now I'm not sure I can show you the . . .

32   JM: Oh! Thank you!

33   [inaudible]

34   MX: Oh, it's [over] [inaudible] long time ago [inaudible]

1    CB: Oh wow.

2    MX: And that is starting from 2010 until 2000 January as guest professor.

3    JM: Oh okay.

4    MX: You see-

5    JM: Nice.

6    MX: This is the one I have.

7    JM: That's cool.

8    MX: But each time I apply federal grant I always list that I I actually have this money; but since after that

9    I don't.

10    JM: When you uh you currently [inaudible] the full thing was that the possible travel um to Shenzhen,

11    you have a national science foundation grant through the United States Correct?

12    MX: Correct.

13    JM: How much is that for?

14    MX: How much is that? I think about one thousand four hundred? Around?

15    JM: Oh.

16    MX: You want [inaudible]-

17    JM: One hundred and forty thousand?

18    MX: Yeah, you want the exact amount?

19    JM: No, no, no, that's fine, you think it's around a hundred and forty thousand dollars?

20    MX: Correct, for for three years.

21    JM: Okay; gotcha.

22    CB: When did that start?

23    MX: Huh?

24    CB: When did that start?

25    MX: Last August.

26    CB: Okay.

27    JM: August?

28    MX: 2000 August.

29    JM: Okay.

30    CB: So 2020 or 2019?

31    MX: Uh 2020-19 [inaudible]

32    JM: Let me ask you this [inaudible] paperwork for that, time did you mention anything about the

33    Shenzhen uh money that was coming in? The two thousand dollars you get from the Chinese government

34    account?

1   MX: Uh no.

2   JM: You didn't tell them anything about that?

3   MX: But I do list Shenzhen University as a guest professor.

4   JM: Okay.

5   CB: You did tell?

6   JM: You didn't put anything about the income on there though?

7   MX: No because I don't view that one as my income personal at that time because I actually this not the I

8   I understand it's not use for my personal pleasure. It's only when I need to travel to there to work with the

9   university there and then I can use it but not like uh so I didn't actually you can see the money sit there, I

10  didn't actually use it.

11  CB: Okay.

12  JM: Gotcha.

13  CB: Okay. So you didn't use those funds when you went to Malaysia last year?

14  MX: No, no, no, no.

15  CB: No.

16  MX: That was my personal-

17  CB: That was all out of your personal funds you didn't reimburse yourself-

18  MX: No, no.

19  CB: With those funds out of the bank?

20  MX: No, no, you can calculate the amounts [inaudible]-

21  CB: Oh on that app that the that the bank app that you showed us?

22  MX: Yeah [inaudible] you can see that the the the

23  CB: The deposits, withdrawals, and all that.

24  MX: Yeah.

25  JM: Um, what happens uh like when you retire if you don't if you stop becoming a guest lecturer, is is the

26  uh Shenzhen University a cosigner on this account or is this just your account?

27  MX: Uh.

28  JM: This account is it your account or is it the university's account?

29  MX: This uh uh my account.

30  JM: Okay.

31  MX: I mean it use my name open it.

32  CB: So what happens to the money when you stop going over there for guest professor is that yours to

33  keep for the future?

1   MX: Uh I understand yes, but I'm not sure as to whether they will say hey, [inaudible] the the the

2   [inaudible] for example you didn't come to give a talk you may need to pay us back or the the-

3   CB: Okay.

4   MX: I don't know.

5   CB: That has never been discussed before though?

6   MX: No.

7   CB: There's no agreement?

8   MX: No agreement.

9   JM: So just doing the math off the top of my head, um, not even taking out what you had in there, so if

10  you get two thousand dollars a month, that's twenty-four thousand dollars a year, and there's about a

11  hundred and twenty-four thousand in there, so in the last six years, they have been putting at least six

12  years they've been putting that money in there and they've never asked for it back right?

13  MX: Right.

14  JM: So does it stand to reason that-

15  MX: No.

16  JM: That it's probably yours?

17  MX: No they uh uh [inaudible] they do say for example uh they would say yeah uh for you help supervise

18  for you work with the uh the the the young student-

19  JM: Yeah.

20  MX: The young faculty to work with them-

21  CB: Right.

22  MX: And give the talk yeah, they didn't ask me for that.

23  JM: Gotcha.

24  MX: For say I didn't use it as my personal didn't because I just feel that if I just would related to that

25  issue I use it but theoretically you can say that way-

26  JM: Gotcha.

27  CB: Gotcha.

28  JM: Um when you do your tax, do you do your own taxes or do you pay someone to do them?

29  MX: I do my own taxes yeah.

30  JM: Cause, now I do mine I've got a little side business too and uh when I do mine it's got uh um because

31  I've done mine for years and when I was when I was overseas I was in the military and I actually had to

32  uh to go to the Middle East and I know uh I had to get like a prepaid like debit card you know to use

33  around base and I actually had to put that that I had a a foreign bank account you know that because every

1    American citizen had to do that because it's in the tax form. Do you put on your tax form that you have a
2    foreign bank account?
3    MX: Uh, no, sorry that because no I didn't… because at the time I still kind of uh uh uh uh thinking this
4    is whether this is my money or not.
5    JM: Right.
6    CB: Right.
7    JM: But-
8    MX: And I'm thinking about it is that whether I should possible in the in the end of the collaboration
9    maybe the extra money I can do I can I may just donate it inside China so you can see I didn't use this
10    part as my own beneficial. It's only if I visit them and you look at the money-
11    JM: Oh sure, sure-
12    MX: And so-
13    JM: Yeah I was just asking about the question about the foreign bank account question though uh on the
14    tax. Do you use Turbotax to do your taxes?
15    MX: Yeah I use Turbotax.
16    JM: Yeah because it's got that question on there-
17    MX: Yeah, yeah.
18    JM: Do you have any foreign uh investments or foreign bank accounts?
19    MX: I didn't that I did use it [inaudible]
20    JM: [but you just didn't know at the time]?
21    MX: Yeah yeah [inaudible]
22    JM: You know you got [inaudible]. . .
23    MX: [inaudible] Yeah I think [inaudible] I think that I because I thinking is I'm always thinking that this
24    money is not I not completely view as my own money I don't know is this maybe someday is that the
25    money is actually is not to me because this is-
26    JM: Sure.
27    MX: Just for uh for uh the way [inaudible] if I…. if I not actually work with them maybe they ask for it or
28    maybe I just give them back so I didn't view it as my personal money. Completely. So this is uh if I knew
29    it completely is my money I might just why just don't use it because I didn't use it-
30    JM: Sure no but I mean to that question though when I just asked you a second ago like and maybe I
31    misunderstood so make make sure you said no other person or entity was on this bank account with you?
32    MX: Right.
33    JM: Right.
34    MX: Right, right, right, right.

1   JM: So it's a bank account?

2   Mx: Yeah.

3   JM: It's your bank account.

4   MX: Correct.

5   JM: And it's in a foreign country.

6   MX: Yes, correct.

7   JM: But you didn't list it on your taxes that you had a bank account in a foreign country. I'm just curious

8   why you didn't do that.

9   MX: Yeah…

10  JM: You know what I'm saying? I mean like I said I had that I had that the prepaid debit card when I was

11  in Kuwait um and I had to list that even though military is kind of exempt for it. Um if this is a bank

12  account that you have in a foreign country, the question on those Turbotax forms are do you have a bank

13  account in a foreign country. I'm just curious why you-

14  MX: Be-because this uh this the I because of yeah the reason is that I thinking I'm thinking this may not

15  be the my own money if I report it it would completely [count] as my own money so it's-

16  CB: Did you, Turbotax, did you do it on a computer right?

17  MX: Correct.

18  CB: Got the little question mark with the little circle on it more information here did you click on that

19  information that explains what needs to be reported, or?

20  MX: Uh no I didn't because I knew I in the history I didn't I didn't because in the past I never have the

21  foreign account before that time.

22  CB: Well you have it for-

23  MX: Yeah.

24  CB: At least six years now.

25  MX: Yeah I didn't I didn't pay attention to pay close very on that.

26  CB: Okay.

27  MX: [inaudible] that [inaudible] not my money my own money in there.

28  JM: When um on your CV um it says something about uh um as a co-PI you received a hundred and

29  eighty thousand dollars from the National Science Foundation of China, um in ZhengDong.

30  CB: Guang-Guangdong.

31  JM: Guangdong sorry um.

32  MX: Oh! This I think this is a misinformation because the guy no uh uh I think it's that probably a long

33  time ago, this is uh, which year?

34  CB: Uh 2018 and I think-

1   MX: He said-

2   CB: The grant is through 2022? Is that-

3   MX: It's that he told me he told me in the he told me a guy [inaudible] he put my name on the grant but I

4   never had any official confirming or anything later from them.

5   JM: Okay [inaudible]-

6   MX: He said he put my [name] on the application grant application. I think he's one of my visitors. He

7   went here his name is…. His name is what's the name? his name is uh C A I last name is.

8   CB: Cai?

9   MX: Cai, yes, C A I.

10   CB: Did he work at SIU?

11   MX: No, he's a visitor. [inaudible]

12   CB: Yeah, sorry.

13   JM: Alright [inaudible] well let's answer this uh [inaudible] when [I turn to the south] that was on your

14   CV [inaudible]

15   JM: On your resume, so [inaudible]

16   MX: I think I put it the course I put it on the CV. The time he he told me he he put my name on apply a

17   grant. I actually never see this proposal or uh any-

18   JM: Oh so you never signed anything you never-?

19   MX: No, no, no.

20   JM: There's no email saying let's go ahead and do this anywhere?

21   MX: I don't think so, I don't think so. You sit there that's a specific that one, no actually I don't think so.

22   JM: Okay. Alright. Um. The um-

23   MX: And there's no confirmation but he just told me oh we have uh we applied can you just put your

24   name in your my team apply that grant and then I said okay and this and then this the I think I think I got

25   this only information I got and then I think it's sometime it's someday he say oh he got this uh grant and

26   that's all I this why I put it in in my CV.

27   JM: Let me, okay, so going back to that National Science Foundation of America then the hundred and

28   forty-ish thousand dollar grant.

29   MX: Uh huh.

30   JM: Um, that had a question on there do you have any foreign assets or foreign money coming in right?

31   That application? It does, I mean I've seen them before, they usually have something on there that says do

32   you have any money coming from other sources?

33   MX: For…. I understand I think I am. Yeah I remember yeah, but this I understand is for your research.

34   [inaudible]

1  MX: For related to do what you are proposed to do the research.

2  JM: Well I think it usually says do you have any foreign money coming in. Um. But you didn't put that

3  on there right?

4  MX: Right.

5  JM: Um. That you had any other ties to any other university or any other money, right?

6  MX: Oh money, yes I don't say it's basically this because this I didn't view this money as mine so

7  actually um so I just leave them sit there. And but for the CV I did list my uh I did list my uh guest

8  professor association with the Shenzhen University and other university.

9  JM: So going back to that National Science Foundation though, um the the grants officer there you you

10  had talked or emailed with her or him right? You you had I'm assuming?

11  MX: Uh talked to?

12  JM: Like someone at the National Science Foundation when you were doing the application?

13  MX: Uh yes?

14  JM: So if you weren't sure about if you should say anything about that money or not why didn't you just

15  ask that person? Like hey I've got uh you know a hundred and something thousand dollars in a foreign

16  bank account and I get two thousand dollars a month as a guest professor to be able to travel to Shenzhen

17  University, why would you not mention that to them and just say hey do I need to write this down?

18  MX: Okay, that this is uh com- yeah. This complicated that. The reason is that I have another issue is

19  because I didn't expect I would get that that that this grant because I I was also for the some issue about

20  the proposal previous proposal and so …. Uh issue they they say the proposal has some uh uh plagiarism

21  issue there.

22  JM: Okay.

23  MX: And but I argued that I followed the rules there are some rules set up there so I didn't expect that um

24  uh the grant go through and I did and then they tried to send the I think get the information they asked me

25  whether there was interest conflict, I think this the-

26  JM: Conflict of interest.

27  MX: Conflict of interest, they asked me and at the time I'm thinking about is that first of all I think that

28  the proposal I research is nothing to do with the Shenzhen University research there it's not the same

29  thing. First of all. And second is that second that uh I didn't actually think about this money as mine.

30  [inaudible] I just think about when I travel I use it if not I don't use it. And I'm not thinking it's my

31  personal uh uh uh uh uh access to be just like other money I use here actually. So this why I just uh and

32  and then I think when they asked me the inter… yeah I did try to log in to try to say that this I'm a guest

33  professor and this thing uh I'm explain that I'm also a guest professor there. I tried to log in the called um

34  and research [inaudible; database] the place they specify but when I try to log in I I failed to do the login

1    for some reason at the time and at the time also I expect I didn't get it probably because the issue also still

2    going there. So I didn't put uh more effort to try to get into they they specified there's a place that you

3    need to uh log in the account to to to explain it.

4    JM: So the um you had communication though so you couldn't get into the research dot org or whatever

5    the grant cite was right?

6    MX: Uh huh.

7    JM: To change that or to update it, but you uh you did have an email or and or a phone number to the

8    grants officer, right?

9    MX: Yeah, uh, yes, I do.

10    JM: What was his or her name, do you remember?

11    MX: Um?

12    JM: What was that person's name if you remember? So I can quit saying his or her. Or was it a guy or

13    was it a girl?

14    MX: A guy.

15    JM: Okay so this guy that you talked to at NSF-

16    MX: Uh.

17    JM: That was doing the grant stuff, why didn't you just email him [inaudible] I messed up my

18    application, uh I I do have something I need to disclose don't know if it's gonna have an impact or not

19    why didn't you email him and just tell him that you couldn't get into the website?

20    MX: Oh at the time I kind of very uh no, at the time it's very depressed because I'm thinking we should

21    the school is doing the inves- investigation this stuff sends that I feel kind of not in a good mood, very

22    bad moods at the time, and I didn't expect that uh-

23    JM: So let me ask you this, do you think that if you would have uh…. Were you just worried at the time

24    that you would have told them about this money you wouldn't have got the grant?

25    MX: No, no, no, I didn't think that because I always thinking this not I didn't view this as my money not

26    because I don't use it like my regular money I… even though it's theoretically placed under my name-

27    CB: But you still had agreements with different universities in China though, correct? You were affiliated

28    with other universities?

29    MX: No, no.

30    CB: Shenzhen University?

31    MX: Shenzhen University, yes.

32    CB: And…

33    JM: Let's take this two thousand dollars you were getting and talk about why you had it you know that

34    they were going to pay you back you know for plane tickets and all that. Let's just- it exists, okay?

1   MX: Yes.

2   JM: Let's just say that it exists, alright? You said that you didn't think that the NSF grant was gonna go

3   through, then after you applied, you said you remembered about the conflict of interest and you tried

4   logging in.

5   MX: Not remember they remind us.

6   JM: Okay they remind you, okay, you were asked about the conflict of interest and then um you tried to

7   log into the research dot org or whatever the whatever the grant portal that you had to go into was and you

8   were going to update that information, right?

9   MX: Right.

10  JM: Okay, so something triggered in your mind that you need to update that before the grant proposal was

11  finished, right?

12  MX: [inaudible]

13  JM: Okay, so if you were gonna go try logging into the website and you couldn't get in, why not just send

14  this grants guy an email and let him know that hey I can't get in here, but I do have this bank account I

15  don't know if it really matters or not but I want to tell you about it because I was trying to log into the

16  website to do this that's why I was trying to log into the website, so why not just email this guy?

17  MX: Well yeah just I yeah I think it is this I think is I I I just because I in my mind all the time is I think I

18  didn't view in my mind didn't think this is my uh money so I really didn't feel in that position to have I

19  only-

20  JM: Oh sure, I don't disagree with you on that, but but you were logging into the website to say that you

21  had this bank account.

22  MX: Uh no, I logged in I guess to say I explain them I'm a guest professor-

23  JM: Sure.

24  MX: On the on the yeah yeah at Shenzhen University [inaudible].

25  JM: Sure.

26  MX: But I, I may not say the money because-

27  JM: Okay but even with the guest professor you were going to log in and explain that, why not just send

28  the guy an email and tell him that?

29  MX: I only because later on I think hopefully it's okay because in my CV the short CV when I applied the

30  grant and then my CV is actually lists that uh itemized there and it's my experience at list what university

31  I actually affiliate with a guest professor.

32  JM: But it asks you on the uh on the grants application though are you affiliated with another university

33  right?

34  MX: No, they ask whether you have interest conflict?

1   JM: With another university?

2   MX: Interest conflict with the-

3   JM: I understand.

4   MX: Interest conflicts for this research.

5   JM: Right.

6   MX: Yeah and then um my understanding is at the time is also a not understanding is that I do this

7   research is nothing to do with Shenzhen University. It's not like something I do the same similar I'm

8   doing there it's not the same thing and so this I feel is not like but I do as a guest professor but it's not like

9   uh the research I do here is to share with uh with them or something like that.

10  JM: So I guess I'm just having a little trouble understanding uh your understanding of conflict of interest

11  because we actually we've actually taught at SIU um like the whole system for like their executive

12  management on conflict of interest on export laws and on stuff like that so I know um what information

13  they put out about what conflicts of interest are what what um foreign countries that we have to worry

14  about money coming in or going out of stuff going in and out, so I know that SIU Carbondale puts out

15  information that details specifically China and Russia as issues about money coming in and that creating

16  inherently a conflict of interest. Were you never provided that training?

17  MX: I do.

18  JM: So you did receive that training.

19  MX: I do.

20  JM: Okay.

21  MX: I think the last I think last summer.

22  JM: Yeah because they put that out every ever year and they update it right-

23  MX: Uh huh.

24  JM: Uh cause if they didn't, we we're going to have to go have a talk with them.

25  CB: Right, right.

26  JM: With management cause uh… so knowing that they put out this training and tell you that money

27  coming in from China or Russia is a conflict of interest, why would you think that not having money that

28  was in your name that is no one else's bank account or it's no one else's name or entity in a Chinese bank

29  that that wouldn't be something that you needed to tell them? I know you don't view it as as as your

30  money, but like it's kind of one of those things too where if uh if you go to your boss and you're like I

31  can't find my computer, I think I lost it it's my issued computer, you still tell him or her that you can't

32  find your computer even though it wasn't your fault, someone might have stolen it, you just can't find it.

33  You still tell them, right? I mean, wouldn't you? If you lost your work computer or you couldn't find your

34  work computer for a month, you'd tell your boss about it right?

1 MX: Yes, that's right,

2 JM: Right, even if it wasn't your fault, like you, you know, my … my students might have stolen it you

3 know I might have left it on top of my car or whatever, but you still would have told them because there's

4 a possibility that it could be a problem right? Okay, well under that same thing, you were going to log in

5 to say that you were a guest professor at this because you knew it was a problem. Um and you know you

6 even though it might not keep you from getting the grant you knew you needed to tell someone about it.

7 MX: Yeah.

8 JM: So why didn't you follow up with it with this person because you had communications with this

9 person that was giving you the grant?

10 CB: The person at NSF.

11 JM: The person at NSF why didn't you tell that guy that hey by the way, irrespective of the money, I've

12 got I do have a guest professorship uh I don't think it's going to be an issue, but here here it is? You know

13 lay it all out on the table. Why didn't you follow up and do that?

14 MX: Yeah I I I I think yeah I-

15 JM: I mean if the answer is I was worried I wasn't going to get the grant, that's fine, just be honest.

16 MX: Yeah, I think I should do that but I just didn't do it at the time I just kind of uh-

17 JM: Yeah.

18 MX: Oh uh also at that time I'm already uh focused on writing my uh rebuttal for the for the issue for the

19 other issue.

20 JM: Sure.

21 MX: That's also intensive work on the… on on on my own uh argument at the time so I though a little bit

22 about that say okay even if I couldn't get it probably it's just so it's kind of like uh not…

23 CB: You thought you wouldn't get it because of your current and pending support from Shenzhen

24 University.

25 MX: No, no, no,

26 JM: You were worried you weren't going to get it because of the plagiarism issue?

27 MX: Yeah, yeah, yeah, yeah, yeah.

28 CB: Ah.

29 JM: And this was just going to stack on top of that; this might make you look even worse.

30 MX: Right, right, right.

31 JM: Gotcha.

32 MX: Then at that time I think the thing is just and then I also writing concentrating on the-

33 JM: Sure.

34 MX: The rebuttal [lectures] at the time.

1    JM: Right.

2    MX: And so I think it's just uh and I try to log in the government at that time I think it's [inaudible]

3    probably the research dot O R G there it seems they uh they not set up where at that time because for

4    some way logging in and I couldn't couldn't get to the to the right place to fill out they asked me to fill

5    out the like the-

6    JM: Conflict of interest.

7    MX: Guest professorship-

8    JM: Yeah.

9    MX: Yeah, yeah, yeah, that one, and plus then really frustrated the time I feel that I the issue hang over

10   my… hang over my head and also I focus on the rebuttal to say I [inaudible] what follow and and such

11   and such and so at the time all [inaudible] the motivated me to just

12   JM: Sure.

13   MX: To just try. Because there will be my thinking is that there will be make more and more complicated

14   is that now it's already about the page of it and then all [inaudible] and everything get together even

15   makes just-

16   JM: Right; you were worried it was just going to stack on.

17   MX: Right, right, right.

18   JM: So.

19   MX: It just makes things even more and more complicated and-

20   JM: Sure.

21   MX: Hard to explain it and I would prefer that they say well the plagiarism things clear out and  they say

22   now I didn't view this money even though yes theoretically-

23   JM: Right.

24   MX: I think it's under everything but it can see you can check that I didn't use for my personal uh benefit

25   or anything like uh there it just it's just there.

26   JM: So distilling this down basically, if, if this wouldn't have been at the same time that you had the

27   plagiarism issue, you definitely would've made sure that you had all those forms filled out but because

28   you were worried about that being stacked on-

29   MX: Yes.

30   JM: Onto your issue of plagiarism-

31   MX: [overstating] yes.

32   JM: So you were just really worried that that if you told them about this right now even though you didn't

33   view it that big of a deal if you told them about this coupled with the plagiarism you just weren't going to

34   get the grant and you were worried about that.

1    MX: Not not get the grant just to make things harder.

2    JM: Just make things harder to get the grant.

3    MX: Uh I always think I won't get it but just make the whole things even-

4    JM: Even worse.

5    MX: Even worse.

6    JM: Okay.

7    MX: Or even damage the employment and those things would make-

8    JM: Damage the employment with the with the university?

9    MX: Yeah, yeah.

10   JM: Okay.

11   MX: Because this is coupling so many things and and just just this one is the same things are coupling

12   together.

13   JM: Gotcha.

14   MX: Yeah this is what my concern at the time.

15   JM: Um, so did you ever receive a foreign work permit to uh work in China? Like a work visa?

16   MX: No. No. Work permit?

17   JM: Did you have a-

18   CB: Did you ever apply for a workers'-

19   JM: Work visa-

20   CB: Foreign work visa?

21   JM: In 2018.

22   MX: I do, I do apply but they didn't use it.

23   JM: Okay what why did you apply for it?

24   MX: Oh oh, okay, uh because um I work for the uh because I'm thinking the sabbatical I want to go to the

25   Shenzhen University for example stay work there for a year so one of the my original plan is that staying

26   if the sabbatical I can apply for one year sabbatical because I last year last fall last uh spring last uh spring

27   semester [inaudible] sabbatical. Theoretical I can ask for a whole year sabbatical.

28   JM: Okay.

29   MX: And then I can so I can work over there for a year or maybe uh uh uh maybe to see maybe if I can

30   work more year if-

31   CB: Why didn't you end up going and doing that?

32   MX: Oh, because sabbatical usually they allow you you can get paid uh officially legally you can get paid

33   sabbatical if the university approve your approve your uh uh if the university approve your-

34   CB: How is that different from when you're not getting a sabbatical?

1   MX: Uh-

2   CB: So.

3   MX: [inaudible] I think.

4   CB: You're not allowed to work for a Chinese university normally; only during sabbatical?

5   MX: Uh sabbatical you can work on industry other other employer as long as the university uh uh

6   approve you.

7   JM: Did the university approve you to get the two thousand dollars a month from Shenzhen? Did they

8   know about it?

9   MX: No, no they didn't they didn't know it.

10  JM: Okay. Um…

11  CB: Is there a reason you didn't tell the university about that?

12  MX: Uh because I don't think this money is mine. It just sit there when I visit them I use it but not really

13  not my never I never use it. They actually thinking it's the time honest thinking the time thinking when I

14  when this things uh when we uh for example if I retire so I maybe this money I'll donate it to to uh to the

15  to the China some…

16  CB: Well if it's not your money, how would you be able to donate that?

17  MX: So if they don't take it back-

18  CB: Oh.

19  MX: Then-

20  CB: So are you going to offer it back to them?

21  MX: Huh?

22  CB: Are you going to offer it back to the university?

23  MX: No, uh I I I think because the relationship haven't been end yet, but if the like the uh-

24  CB: When it does end, would you offer it back to the university?

25  MX: Yes or donate to something like uh-

26  CB: Or donate it.

27  MX: Or donate it yeah, donate it to something like the-

28  CB: But if you think it's the university's money, wouldn't you offer it back first and then if they don't

29  want it you would donate it then?

30  MX: Yeah, I would ask them I would discuss with them but let's see I see honest thinking.

31  CB: Okay.

32  MX: But you can see that I didn't I didn't view it as that because I you see if I spend it like my own

33  money but it's not actually-

34  CB: I get it. You don't you don't view it as your own money I understand-

1   MX: Yeah, yeah.

2   CB: But the university technically they have no ties to that money any longer.

3   MX: Correct, correct, correct.

4   CB: Correct.

5   MX: But I uh they see China as-

6   CB: Just because you don't spend it on personal expendi- expenditures like I understand that you're not

7   going out and buying something extravagant in China with that.

8   MX: Right, right, right, right.

9   CB: But it's still technically your money-

10  MX: Yeah.

11  CB: To do what you want-

12  MX: Yeah, it's travel it's.

13  CB: Technically your money to do what you want with.

14  MX: Uh, uh, theoretical yes but I think you uh trust my uh own I mean at least the principle is that this

15  not we don't because-

16  CB: You view you view that spending that money for personal affairs would be a conflict.

17  MX: Right, right.

18  CB: But the money is still yours.

19  MX: Correct.

20  CB: To do with whatever you want.

21  MX: Right, correct.

22  JM: So, let me ask you this; God forbid tomorrow you you had a stroke and passed away; um your wife

23  or kids could could go to China and and and get that money right? Or or if your I'm assuming that's your

24  daughter that was walking around?

25  MX: Yeah.

26  JM: If she wanted to go to to university and in you know Shanghai, you could if you wanted to, take that

27  money and pay for her tuition right? Like that money is yours you could take it and pay for her tuition if

28  she wanted to go to university in Shanghai.

29  MX: Uh theoretically yes.

30  JM: Yes. But I mean there's no legal prohibition under Chinese law for you to take that money and do

31  that right?

32  MX: Uh y- yeah.

33  JM: That you know of-

34  MX: But then there's a possibility-

1    JM: Uh huh.

2    MX: The university say that hey you didn't finish the uh uh uh or we are not satisfied your your progress

3    with uh the for example you didn't come to give a talk you didn't come to uh uh give a presentation you

4    supposed to and and then they said well will ask the money back and this could possible happen for me.

5    It's not just like uh uh not just like like there's 100%. I'm not sure that they would they could ask me like

6    hey you did for example the last two years you didn't come, but this this haven't happened yet-

7    JM: Gotcha.

8    MX: But they could.

9    JM: What what do you know cause he mentioned it earlier about the Thousand Talents Program what do

10   you know about it?

11   MX: I I I know about it I actually apply it before but I didn't got it.

12   JM: So you applied for it?

13   MX: Yes.

14   JM: Where did you apply for it?

15   MX: I applied for the short term.

16   JM: Uh huh.

17   MX: I applied for the short time through the Shenzhen University also.

18   JM: Okay so you applied-

19   MX: And I-

20   JM: For the Thousand Talents short term?

21   MX: Correct.

22   JM: When did you do this?

23   MX: Short term and I think 2016.

24   JM: Okay while you were there?

25   MX: Uh no not while there I visit there but I apply here.

26   JM: Okay.

27   MX: As a short term because they say the summer program I apply it.

28   JM: Okay.

29   CB: What's the purpose of the Thousand Talent Program? Well well why did you sign up?

30   MX: No, no, [inaudible] Thousand Talent you talking about that right?

31   JM: The talents program.

32   CB: Yeah whichever so whatever talent program was that that you signed up for?

33   MX: Thousand Talent.

34   JM: Yeah.

1    CB: Thousand Talent.

2    JM: Yeah.

3    MX: Thousand talent is not [talon] Thousand Talent.

4    JM: Talents, yeah.

5    CB: Yeah.

6    JM: Like skill, talents.

7    MX: Yeah and for the in the two-thousand uh-

8    JM: Sixteen, uh huh.

9    MX: Because you see the time we viewed this program I know this is sensitive program but [inaudible]

10   CB: I don't know a ton about it that's why I'm asking.

11   JM: Yeah.

12   MX: [inaudible] and they because [inaudible] faculty in the in the in here we tried to just tried to grab as

13   much possible the grant to support our research to support the student.

14   JM: Yeah.

15   MX: This one uh we desperately did it for that and so we as any opportunity we tried to apply to see

16   whether we can get without the political motivation actually we applied so for example applied money

17   from Qatar Foundation.

18   JM: Uh huh.

19   MX: And applied money from Sieman Foundation.

20   JM: Uh huh.

21   MX: And applied money from like this I hope that summer they support my summer work and then also

22   support the students. This [inaudible] support the research [inaudible] I I apply I um I but I didn't get it.

23   JM: So what-

24   MX: I didn't' I didn't they didn't give me any uh any even there's no fees there at all.

25   JM: So when you applied for it um like who told you how to apply for it like was it one of the professors

26   here who told you?

27   MX: Yeah.

28   JM: To apply for it?

29   MX: Because we have uh-

30   JM: Which professor told you how to apply for it?

31   MX: Uh, his last name Tang. T A N G.

32   JM: And he works at SIU Carbondale?

33   MX: No no; he is a visitor for my college He is a visitor J1 visitor he is-

34   JM: Here?

1   MX: He's been here for a year.

2   JM: Okay.

3   CB: Where is what university is he affiliated with?

4   MX: Shenzhen.

5   CB: Shenzhen.

6   MX: Shenzhen.

7   CB: But in the United States what university is he affiliated with?

8   MX: SIU.

9   CB: Oh okay.

10  MX: SIU.

11  CB: Yeah, yeah.

12  MX: In our department.

13  CB: Gotcha.

14  MX: So this work [inaudible] each other and and [inaudible] so you you have quite good credential could

15  you like apply then you get some money support your research support your student.

16  JM: So, was he here on a Thousand Talent Program like was he getting money from them during that? Is

17  that how he knew about it?

18  MX: No, no, I think his support from the China government.

19  JM: Okay.

20  MX: To visit here. This program is very well known Thousand Talent-

21  CB: Right, yeah, yeah, yeah.

22  MX: In China so everybody know that.

23  CB: Right.

24  MX: And so he come here said you have good credential why you don't apply and make [inaudible] apply

25  support student support yourself and blah blah blah and I said like this a good idea because this we try to

26  uh apply all the possible grants. And also another reason usually I don't as concern as other uh faculty the

27  reason is that I'm doing this math, mathematical-

28  JM: Theoretical-

29  MX: even theoretical-

30  CB: Right, right.

31  JM: Sure.

32  MX: And it's not like everything we did and all on it is not the confidentials available of papers and

33  publications-

34  JM: is Tang still here?

1    MX: No he went back to Shenzhen University.

2    JM: So from 16-17 he was here?

3    MX: Yeah. Yeah, yeah.

4    JM: Um the uh are there any other professors or J1s that you know of at SIU that are uh that are being

5    supported by the Thousand Talent Program. Like that have gotten grants?

6    MX: No, no, I don't know.

7    JM: You don't know any?

8    MX: I don't know any.

9    CB: That's not something you talk about with other professors?

10   MX: I do uh I don't know honest be to you what I know tell you everything-

11   JM: Yeah.

12   MX: And I have a visitor he told me that this one another issue is that why [inaudible] and he say at one

13   of my visitor and is he is from China he now he went back to China already-

14   JM: Uh huh.

15   MX: He tell me he say a lot of Chinese uh originally Chinese uh but now is a faculty in SIU-

16   JM: Uh huh.

17   MX: They always went to the went to the I think they went to the the bank or the like the like the grocery

18   store trying to get the money and because I say I [inaudible] he say I say I didn't get the [inaudible]

19   money [inaudible] but I think I don't think uh I can use it and and because I-

20   JM: Uh huh.

21   MX: [inaudible] they say work if you want to use it [inaudible] SIU [inaudible] SIU faculty now is here

22   they get it they can get get the money from the I think they from the from the what is it from the store for

23   [{na yi ge}] you can use like a seven-up and it's wired money though.

24   CB: Like a debit card type thing?

25   JM: No, no, no, what what store are you talking about-

26   CB: Yeah, like-

27   JM: Was it on campus?

28   MX: No its by the what's the uh-

29   JM: I'm very familiar with Carbondale I went here so-

30   MX: Oh yeah Carbondale you went there?

31   JM: Yeah I'm from there so-

32   MX: Oh you're from Carbondale okay, I think it's one [slew] yes [shelow] like the shelou grocery store?

33   JM: Shelou grocery store?

34   CB: how do you spell that?

1   MX: Shelou? Selou? Eh like uh

2   CB: Soluki?

3   MX: No, no, no. It's the how do you spell "solou."

4   JM: Where's it at?

5   MX: Solous.

6   JM: Where's it at like where in Carbondale?

7   MX: Yeah in the in the in the.

8   JM: Just tell me what it's by.

9   MX: In the near the Carbondale the near the Carbondale [inaudible].

10  JM: Like by the city [inaudible]?

11  MX: [inaudible] near the Carbondale [inaudible].

12  JM: Grocery store [inaudible].

13  MX: There's a big grocery story.

14  JM: By the Schnooks?

15  MX: Schnooks, yeah!

16  JM: So you can use the Schnooks?

17  MX: Huh?

18  JM: You could use this, you could use this at Schnooks if you wanted to?

19  MX: No they say they do is this way. They do it is that [inaudible] they [inaudible] they are not sure my

20  money can do it.

21  JM: Uh huh.

22  MX: They say they use a lot of faculty they use this card in there they buy the what the money …

23  [inaudible]

24  CB: Money orders?

25  JM: [inaudible]

26  MX: Money orders.

27  JM: Yeah.

28  MX: And they [inaudible; say] lots of people people do [inaudible; I say I] don't want to do that so I

29  heard about you talk about that.

30  JM: Well what do you you buy the money order with this?

31  MX: With their own card.

32  JM: Right but you could use it.

33  MX: They suggest me to do that.

34  JM: Gotcha.

1   MX: And I said no I don't do-

2   JM: Okay.

3   MX: I don't want to do that.

4   CB: Do you utilize that card you could utilize that card to purchase a money order?

5   MX: I don't know because I never used it.

6   CB: Okay.

7   JM: Well give me an example [inaudible; professor who would do that] like professor's name that told

8   you you could go to Schnooks?

9   MX: No he is the he is this guy is a visiting scholar.

10   JM: Okay.

11   MX: And he went there to China.

12   JM: What was his name?

13   MX: His name is uh uh I can get that and I can get it for you where is that there? It's uh my visitor

14   actually-

15   JM: He was your visitor?

16   MX: Yeah.

17   JM: Okay. Who was Tang; who who was Tang's sponsor?

18   MX: Da Shun is my colleague. D A S H U N; Da Shun; and he is my colleague. And let me see if I can

19   get you the name [inaudible]. Uh oh yeah his last name is my visitor's last name is Li and first name is J I

20   A O and hyphen F E N.

21   JM: F U N

22   MX: F E N; E as in like-

23   CB: E.

24   MX: E.

25   JM: Oh okay.

26   MX: F E N yeah. And he told me that but I didn't ask who and I didn't say well no I just uh because I ask

27   him he say he come here from China and they need the uh they uh they they help him pay the [inaudible;

28   living] this is how they get the money-

29   CB: Uh huh.

30   MX: From China [inaudible] Even the China Government Chinese government support them but they do

31   uh uh uh the moneys from China's there so they use it use the money order to get it every every every

32   week it gets some money from the from Shelou [inaudible] there.

33   JM: So basically they uh-

34   MX: And then he told me that he saw a lot of Chinese faculty originally.

1    JM: Uh huh.

2    MX: And they also do the similar things like that and and so-

3    JM: So Li would… Li would come and he would have a bank account like this and because he was a

4    member of the Thousand Talents Program the Chinese government would put whatever money, two

5    thousand dollars a month on or a week on his card; he could go to Schnooks run the card by money order

6    for two thousand dollars and then he would have his money to live off of; is that basically what I'm

7    understanding [inaudible]?

8    MX: uh correct. [based on]

9    JM: I just made up the money but-

10   MX: Based on whether the bank is already in the network I believe.

11   JM: Gotcha okay.

12   MX: But I'm not sure my one I never tried never tried it-

13   JM: Never tried it?

14   MX: Yeah, never. Never.

15   JM: Alright, um, do you know any other faculty members at SIU that are members of the Thousand

16   Talents Program?

17   MX: No, I didn't commu- The people didn't [inaudible]

18   CB: They didn't talk about that [inaudible]?

19   MX: Yeah they didn't; but I believe is quite… common. [inaudible] because a couple of years ago

20   [inaudible] uh the people from United States so it's very common they- everybody get contacted it's not

21   just it's not just for example this one-

22   CB: Why do you think that everyone el- why do you think that everyone else was contacted as well?

23   MX: Be uh because the the reason is that I often always receive the email from a couple not right now

24   recently but a couple years ago you always everyday you see the email they say well we are recruiting

25   talents recruiting people blah blah blah and then we have a and and so basically [inaudible] so it's very-

26   CB: Were other professors at SIU on that email as well or? Was it just sent to you?

27   MX: I see see its just sent to me but it's not like sent a list but I believe every faculty is-

28   CB: Yeah.

29   MX: Because there's just-

30   CB: It's-

31   MX: The same and same uh position as the others-

32   CB: Right.

33   MX: So it's it's-

34   CB: You're just assuming that everyone else got contact as well you haven't talked to them about that?

1    MX: Uh eh n… not talked not formally but I come to over.

2    CB: You have talked to other professors about being contacted to join the Thousand Talent Program.

3    MX: Right, right, right, the conversation you can tell people-

4    CB: Okay.

5    MX: I get the same information as they've got as well.

6    CB: They've gotten it before. Gotcha.

7    MX: As well as me.

8    CB: Do you still have those emails?

9    MX: Uh you can check my but I'm not sure but you can check my if you can access it you're free to

10   access my SIU-

11   CB: Just to be clear you never actually signed up for the Thousand Talent Program?

12   MX: No, no, no.

13   CB: Not with Shenzhen University?

14   MX: Pretty sure no.

15   CB: Not with-

16   JM: Or any talent program?

17   MX: No.

18   JM: Okay.

19   MX: No, I'm sure.

20   CB: And not- not with Foshan University?

21   MX: Foshan University is not like Talent Program.

22   CB: It isn't?

23   MX: Foshan University is I do uh visit them and also guest [inaudible] my CV actually I think it

24   [inaudible]

25   JM: I think we've got it somewhere.

26   CB: I think… yeah, so-

27   MX: Foshan University is the new university is that a yes I visit them I also visit them but not like I have

28   a contract with them.

29   CB: Okay.

30   JM: Do- okay.

31   CB: So you never signed a contract with-

32   MX: No no no

33   CB: Foshan or Shenzhen?

34   JM: But you have signed a contract with Shenzhen?

1  MX: Uh uh I don't know is that's called contract because it's kind of like uh I knew I couldn't find right
2  now is that they say that there's the money for you to supposed to um come to every twice a year and
3  twice a year give a talk to give a talk to faculty and give a talk to faculty and [inaudible]. he told the
4  faculty [inaudible] the undergraduate [inaudible]…
5  JM: [inaudible; so yeah, that's a contract]
6  MX: Yeah [inaudible].
7  JM: So, you had one of those with the [Shenzhen], you had one with the University of Science and
8  Technology at one point is that accurate?
9  MX: No, no.
10  JM: You never-
11  MX: [inaudible]
12  JM: So,
13  MX: [inaudible]
14  JM: [one here; inaudible]
15  MX: This is not a contract this this uh [inaudible] they say that-
16  JM: Okay.
17  MX: Just like this is guest professor.
18  JM: So you don't know anyone else that you worked with that has received money from any talent
19  program?
20  MX: Talent program…
21  JM: Thousand Talents hundred talents any of the talents programs?
22  MX: I I uh I believe there's a someone that definitely that someone got it similar to my situation I am not
23  an individual case. Uh even though-
24  JM: But what- like give me a name of a professor that you work with that you think's got one just off the
25  top of your head.
26  MX: I think I think that there's one professor I think is definitely but I and also use from the from the
27  [inaudible] that at least on the uh in the at least on the um let me see [inaudible].
28  JM: [inaudible; okay].
29  JM: [We can] use his name too, [inaudible]…
30  JM: Steve's name??? [inaudible]…
31  CB: Oh, yeah.
32  MX: It's one [inaudible] it's the Xiu Xiu Xiu Physics or science department in doing the remote sensing.
33  JM: Wang or Huang?
34  MX: Huang, H U A N G.

1   JM: H U N G?

2   MX: uh yeah [inaudible]

3   CB: And he works in geosciences and?

4   MX: Oh Wang Xin yeah. W A N G sorry that.

5   JM: W A N G [inaudible] And he's at SIU?

6   MX: Yeah.

7   CB: Wang Xing Wang?

8   JM: Oh that guy?

9   MX: Yeah.

10   JM: Um why do you think he is uh?

11   MX: Well you can see from his CV here is some even he has some really [inaudible]. Grant from China is

12   that he received money-

13   CB: Oh okay.

14   MX: How much he not tell me much details there available to you.

15   CB: Have you looked at other so do you regularly look at other CVs?

16   MX: Uh no, no, no. I look at his because uh he his promotion many years ago he asked me to wrote a

17   letter for teaching support his teaching for promotion to full professor.

18   CB: Why did he ask you that?

19   MX: The the way is that because usually they require for example if I promoted-

20   CB: Right.

21   MX: Promotion apply; I need some faculty [inaudible]-

22   CB: No, yeah I understand that but why did he ask you; do you know him personally?

23   MX: Yeah because-

24   CB: You do?

25   MX: I met him from the uh from the uh parties and we from the party-

26   CB: Gotcha.

27   MX: And and the Chinese parties sometimes when we get together and we know but I not know him very

28   well but I do know him uh a couple times. So at the time I think [inaudible] among the older-

29   CB: Right.

30   MX: Chinese uh faculty [inaudible]. He's the most senior I had [inaudible]

31   CB: Gotcha. So these parties are they, who are they sponsored by the like uh foreign group? No?

32   MX: I actually the you guys yeah actually let you know I usually we have every party every year the the

33   the the Carbondale-

34   JM: Yeah.

1    MX: We have uh twice the Chinese community have a party.

2    CB: Oh okay.

3    MX: On that. And uh before I came the earlier is that the uh some Taiwanese some people from Taiwan

4    they they they are here already.

5    CB: Uh huh.

6    MX: And they organize it and to join all of the Carbondale Chinese community.

7    CB: Right.

8    MX: Community.

9    CB: What is the purpose of these meetings are they just to get to know each other?

10   MX: Get to know each other every year so there's no money from government everybody just-

11   JM: Like a Christmas party?

12   MX: Just a community.

13   JM: I mean like. Not for Christmas but how we'd have a Christmas party.

14   MX: Yeah, yeah, yeah.

15   CB: You guys, did you just go and socialize?

16   MX: Yeah, yeah, yeah.

17   CB: And have a beer and hang out-

18   MX: Welcome the newcomer-

19   CB: Right.

20   MX: And and and the-

21   CB: Did you guys ever talk about like the Thousand Talent Program or anything like that at these parties?

22   MX: No, no, no.

23   CB: Business is not talked about so much it's more socialization?

24   MX: Right, right, right, pretty much because pretty much it's just the food eat and social it's not like the-

25   CB: Right.

26   MX: And talk about the SIU and not the Talent Program or that.

27   CB: Gotcha, gotcha.

28   MX: So uh every yeah so now uh actually its I now is I in charge this couple years it's for the I volunteer

29   in charge with a lot of people they busy.

30   JM: Uh huh.

31   MX: And I volunteered in charge of the organize so I send out the email is my job sent out the email to to

32   the community say hey we are setting up this day and we want some family volunteer to-

33   CB: Right.

1   MX: Go and we join together. But the money is not come from any outside anything it's just from every

2   person attended pay-

3   CB: Gotcha.

4   MX: Like ten bucks eight bucks.

5   CB: Gotcha; gotcha.

6   JM: Alright. So, uh one of the big things that we're here for is what you've said so far it kind of makes

7   sense but instead of fitting together real tight like this [inaudible] and what usually happens on that is it's

8   a product of using using something you'd probably understand math it's you're given us ninety percent of

9   what we got.

10  MX: Okay.

11  JM: Okay? It's the other ten percent we're looking for. Alright? So, you've you've told us a lot but

12  you've held back the stuff that you don't want to tell us so-

13  MX: [inaudible]

14  JM: Yeah yeah I'm going to [inaudible]. So, going back through, um, so when we're looking at uh at

15  what's going on here um we've we've slowly increased like from [inaudible] we've started out saying

16  that uh the only money that you've ever received from Shenzhen was two hundred dollars one-time in the

17  last year then we got to the fact that they paid you ten thousand or two thousand dollars a month US um

18  for at least the last six years. Now we've started to get into the fact that we've applied for but didn't get

19  um grant under the Thousand Talents Program. So the longer we talk the more truth comes out and we

20  still haven't even addressed if the South China University actually even gave you any money if uh the

21  GUT university has really given you any money-

22  CB: Foshan.

23  H: If Foshan University's given you any money if Electronic, Science, and Technology of China has

24  really given you any money. And you also have to understand that we knew a lot of these answers before

25  we sat down, okay? So, you also mentioned that somehow just casually in passing that Dr. Wang is a

26  member of the Thousand Talents Program. Um but it took us uh an hour and fifty minutes to get there.

27  MX: Uh.

28  JM: So.

29  MX: I just feel that really not sure one hundred percent to tell you that is possible, yeah.

30  JM: Right but-

31  MX: Did you need that information?

32  JM: No, no, no, but the thing I guess I'm getting at with that is um uh if if I if you asked me hey do you

33  know any really tall dudes who work for the FBI. Yeah, his name's Chris. You know what I'm saying?

1    Like I can answer that question; It didn't it wouldn't take me an hour and fifty minutes to get there. Um

2    so-

3    MX: So the problem is-

4    CB: [inaudible]

5    MX: [inaudible]

6    JM: That's alright I got you; you've got two federal agents sitting here, it happens, it gets nervous, it it I I

7    get it. Um but here's the things that that I have a tough time believing. And you've kind of alluded to it

8    but you just haven't gotten there yet. And we're going to go full circle with this in a second, but um the

9    reason that you didn't mention this bank account is because you were worried about getting fired and you

10   didn't think that you would get this grant or any subsequent grants if you told the NSF about that bank

11   account. That's what you were worried about. You kind of beated around the bush about it but you just

12   haven't said it. Like. Just be honest that's why you didn't mention that. That's the truth right?

13   MX: Uh… Okay, yeah kind of can agree with that, okay.

14   JM: The reason that we didn't say anything about the foreign bank account on your taxes is because you

15   were just nervous about people poking around at that.

16   MX: Uh but the the the thing I didn't view it as my own money theoretically even though-

17   JM: But the question isn't do you have a hundred thousand dollars in the bank account the question is do

18   you have a foreign bank account. And you're a highly educated person. So, like there wasn't a question

19   about whether you had a hundred and twenty-six thousand dollars in a foreign bank account, the question

20   is do you have a foreign bank account right?

21   MX: Uh huh.

22   JM: So being asked the question like I I I I'm not here to I'm not here to berate you, but it it's I'm not

23   saying you're doing it intentionally, but you're just not telling us the whole truth on this, and it it's just

24   we've been kind of going going around this for for you know an hour and fifty minutes now, and it's just

25   the question on the tax form is do you have a foreign bank account. You put no. The answer is – yes,

26   correct?

27   MX: Uh huh.

28   JM: Right. Um. The reason that you didn't put the uh the information or ask if this having a bank account

29   that has this money and that you get two thousand dollars-ish a month in the conflict of interest is you

30   were worried that it was going to hurt your employment with SIU and it was going to hurt your ability to

31   get the NSF grant. That's fine. I'm not mad at you about it, but just be honest about it. You know what

32   I'm saying? Like that's you you you've gotten there from A to B B to C D to E, but you just you just

33   haven't gotten it-

34   CB: Is that what happened?

1   MX: [groans]

2   CB: Is that what happened, you didn't list that because you thought it would hurt your chances?

3   JM: That's totally fine if it is. I'm not mad at you for it.

4   MX: No, no, no, no, it's just because no I because I still I insisted the reason is that you're not sure this is

5   my money how to appropriately to report and handle this money is uh I still uh I I I still in in in in my uh

6   thinking process so I didn't I still because I basically push and the research for my own-

7   JM: Sure.

8   MX: It's not.

9   CB: Did you ask anybody?

10  DAUGHTER: Can I interrupt-

11  CB: Uh.

12  DAUGHTER: For a second?

13  CB: Absolutely.

14  DAUGHTER: Um so I I understand kind of maybe why you have certain speculations or ideas but I think

15  that he's expressed that you he has expressed his opinion I am just a little bit uncomfortable with you

16  trying to put this exact pigeon holing this opinion like these words in his mouth and I'm just kind of

17  wondering what this information like why-why are we still going in this circle? I just I just don't feel the

18  need to put these words in his mouth when he's already expressed that he was confused.

19  JM: Well there's not-

20  CB: It's not a putting words [JM over-speaking] it's a white and black situation of why didn't you seek

21  out the answers that you were confused about. Cause there it's a direct question of do you have foreign

22  bank accounts and you didn't seek out whether or not on how to answer the question. You had in your

23  mind that you were confused about something, but at least that's what you're telling me, but you didn't

24  seek out the answer. And that's what we have a hard time believing is what we're getting at. So we're not

25  putting words in his mouth. We're asking to understand what his line of thinking was at the time. And just

26  saying you're confused that's not really a line of thinking; that's just being confused. Cause you're not

27  you're not he's a smart guy he's the kind of guy who seeks answers and he didn't he didn't work through

28  the process of seeking the answer, he just completely omitted it and is trying to say that he's confused

29  right now. That's so that's kind of what we're trying to understand a little bit better is why didn't he seek

30  out the answer.

31  MX: The the the reason is I in my mind I really not fully accept the fact this is my money at the time, so

32  this is why I just kind of like uh is this is mine or I is just and also I oh also I'm thinking this for is the

33  specified this is for your travel for your lodging there and it's just like uh not like uh I take it to even

34  though you may say you can do it that way but this is what they say.

1   CB: Right.

2   MX: The thing that try to find out later on and this what they say you need to uh to use that way so I think

3   it's just [inaudible] travel and reimburse the way some money back if I didn't use fully use it and maybe

4   later on I need to return back.

5   JM: So-

6   MX: And I'm not sure that could happen even though they haven't asked me yet, there's not one hundred

7   percent is the same this is yours even though it's under my name and under in circumstances I may be

8   asked to say well you need to give us back this this amount it's possible.

9   JM: Have they ever asked you for receipts for travel?

10   MX: Uh no.

11   JM: Okay.

12   MX: No so they didn't. But they they know the expense what kind of range it is-

13   JM: Ah.

14   MX: So they can calculate that.

15   JM: What's your just ballpark, what's your annual salary at SIU Carbondale?

16   MX: Uh ni- ni- ninety thousand. For nine months, yeah.

17   JM: Ninety-thousand?

18   MX: Yeah.

19   JM: So that's what's in that bank account is roughly a year and a half salary at SIU?

20   MX: Well it accumulate that

21   JM: Right.

22   MX: It accumulate-

23   JM: You accumulate it for six years-

24   MX: Yeah, yeah.

25   JM: Yeah .

26   MX: It could be yeah I accumulate that-

27   JM: Right.

28   MX: But-

29   JM: But that so basically you get about twenty-five percent; a little over twenty-five percent of a stipend

30   every month of what your salary is.  So you get twenty-four thousand dollars a year you make ninety-six-

31   ish thousand that's twenty-four-

32   MX: They they they explain is that money is while you view as a salary but I didn't view it as a salary

33   because salary different salary is you can use it the way you whatever you see whatever you can use for

34   the daily life but this is pretty much is you specify your traveling at the time you use it. It's not like you

1    treat if you treat it in the salary maybe a little this why I thinking that they don't put it in the in the bank I

2    do oh I mention I do have another bank but my parents originally they pass away-

3    JM: Uh huh.

4    MX: My parents originally uh they in China they had some time and money and things-

5    CB: Right.

6    MX: And so they uh uh they pass away so I open account last year also in the and then to so my parents

7    money can put in because I'm the one for the for the the for the for the-

8    CB: You're the benef- beneficiary.

9    MX: Beneficiary to to to get to put it in into a like their funeral fees their social security-

10    CB: Right.

11    MX: Is that I do put it on there, I don't know whether that information you're seeking for too.

12    JM: What bank's that in? What's the name of that bank?

13    MX: I think I can give to you, it's uh I can give to you. And this is uh this is my uh yeah here. Let me see.

14    That this my you see I used my my mom and used to be and-

15    JM: Okay.

16    MX: Associated with that.

17    JM: How much how much money do you think is in this bank?

18    MX: Uh about about fifty thousand.

19    JM: US? Fifty thousand US?

20    MX: Yeah. Uh no, no, no, fifty thousand Chinese.

21    JM: Alright.

22    MX: US is about…

23    JM: So seventy-five hundred?

24    MX: Yeah about like that. Yeah.

25    CB: When did you take when did you get this account put in your name?

26    MX: Last April?

27    CB: Last April.

28    JM: So April of 19?

29    MX: Yeah.

30    JM: Okay.

31    CB: Okay.

32    MX: Yeah because my mom passed away-

33    CB: Right.

34    MX: So I have to terminate all these like social security.

1    CB: Yeah.

2    MX: And anything and so we I had to open account to put my mom mom's money in it. And to handle all

3    the like the the the the the the because we had to say she pass away and get those like uh paper work.

4    JM: So, you've had this account since April 2019.

5    MX: Correct.

6    JM: Um, did you mention this on your taxes in 2019's filing when you filed through Turbotax?

7    MX: For for

8    JM: For this bank account when it asked you-

9    MX: No.

10   JM: Do you have a foreign bank account?

11   MX: No, no.

12   JM: Okay.

13   MX: No.

14   JM: Now this is your money, why didn't you think that you needed to put that under your taxes?

15   MX: Pardon me?

16   JM: Why did you not think you needed to put this on your taxes or when the American tax form says do

17   you have a foreign bank account, you said you didn't think this was your money, but you know this is

18   your money and you have this bank account and you've had it since April of 2019, when you did your

19   taxes in 2019, why didn't you think that you didn't need to put that you had this foreign bank account on

20   your taxes?

21   MX: No I it is my ignorance I think it's that I just because this I think the money is not that uh uh I

22   understand is that you need to report it's more than one ten thousand more than ten thousand you need to

23   report it's that's what I saw that information somewhere and I saw that somewhere information it say if a

24   ten thousand you need to report and I think this first of all this money is not it's not that much first of all

25   second is my mom. And my mom's money left over there and I because I have another brother is actually

26   my brother also has the share but this is completely under my name everything and and also I know the

27   form I impressed I have impression so the information they say if you're under ten thousand, you don't

28   need to report this what I have an impression.

29   JM: So you understood that that if you don't have assets in a foreign bank account that are over ten

30   thousand dollars you're supposed to report it.

31   MX: Yeah, yeah.

32   JM: If you don't have more than ten thousand dollars, in a foreign bank account, you didn't think you had

33   to report it.

34   MX: Correct this is what I have impression. I look at somewhere and this is what I got the information

1   JM: And you knew that information at the time you filed your 2019 taxes?

2   MX: Correct, correct, yeah this is what I thought. I thought it that way yea. So this and then so you you

3   you and also you can see that this just April when I put my mom pass away on the-

4   CB: Right.

5   MX: In the November this is just April and they actually at the time that I opened the account they said no

6   you can't open the account because you're a foreigner and I said you've seen my mom's the funeral fee

7   everything from the pass away the government and they have some like the the the they say they she

8   already passed away if you don't let me open account then we have no like direct beneficiary in China

9   and then we can't handle any paperwork so they give me open this account actually. And open accounts

10   all my life uh funeral fee and social security whatever left over everything they put it into this account.

11   Everything.

12   JM: So why not just close this account out now?

13   MX: Huh?

14   JM: Why didn't you just close this account out since it's been open for almost two years?

15   MX: Well you see that my brother that I thing is I think this money give my brother actually and we

16   didn't I didn't close this because I didn't go to China is you have to be in person have to go to handle the

17   work and also I feel it's not very comfortable to bring the money everywhere and this time we don't need

18   this money in in for my mom's it's still there when I get the chance to handle that how to handle it.

19   JM: But weren't you just there in December of 2019?

20   MX: But I'm too buy I I because I had to travel to Malaysia-

21   JM: Uh huh.

22   MX: And attend the wedding and make sure my mom kind of thing they fixed everything-

23   JM: Sure.

24   MX: So it's too busy it's not urgently this money.

25   JM: Gotcha.

26   MX: So you you see uh one thing I I you see that I'm not in the position that I that desperately need extra

27   money for my family-

28   JM: Sure.

29   MX: My wife is a doctor she work for the VA.

30   JM: Uh huh.

31   MX: And so I'm not like uh from the from the point of view I'm not desperately in need of some money

32   to to to to improve the life the daily life.

33   JM: Uh huh.

1  MX: We just so for the point if this money I feel is not myself or is not really and I just just never because

2  at the time I also not sure how appropriately to address this things is I don't know exactly and and and it's

3  not like on I on purpose but those theoretically yes there's some procedure you have to say yes or no but

4  theoretically if I say no it's not right. But the situation is that I didn't view this part is really my own at

5  the time. But that one you say yeah and it's because of the under ten thousand you don't need to report. I

6  have some-

7  CB: Okay.

8  MX: I have some types of-

9  JM: Do you do you have I'm assuming you have American bank accounts right?

10  MX: Huh?

11  JM: You have American bank accounts too right?

12  MX: Correct.

13  JM: Um how much money do you do you have all totaled in American bank accounts?

14  MX: All American bank accounts?

15  JM: Like savings checking?

16  MX: CD, everything?

17  JM: Right like just just liquid.

18  MX: Liquid. Liquid. Uh we have put everything together uh do you count like the investment or thing?

19  JM: No, no.

20  CB: No no on

21  JM: Not 401K, not Edward Jones, nothing like that-

22  MX: So like uh just-

23  JM: Checking, savings, mutual funds.

24  CB: Cash that you can pull out.

25  JM: Cash, yeah.

26  MX: Um so all mutual funds?

27  JM: No no no money market, I'm sorry I meant money market like basically stuff you could write a check

28  for. Savings and checking.

29  MX: Uh about like thirty uh three hundred thousand.

30  JM: Thirty?

31  MX: Three hundred thousand.

32  JM: Three hundred thousand?

33  MX: Yeah.

34  JM: Okay.

1   MX: So I had this because my wife is a is a doctor

2   JM: Sure.

3   MX: So we are not like desperately need money.

4   CB: Right, right.

5   MX: To improve that so if not belong to me actually my wife is very against this what they say is some

6   time someday [inaudible].

7   JM: [inaudible].

8   MX: [inaudible] Is actually happening here we expect that because I but while we're speaking I didn't

9   view this property as mine and my because the the the [inaudible]…

10   CB: Uh you good?

11   JM: Yeah I think so.

12   CB: Okay. So uh given all the this stuff we've talked about today, uh you this is something we've been

13   looking into for a while now and we do have a uh search warrant to conduct at your residence. Um. It's it

14   is just basically we're going to come in and we've got some guys around the corner that will come in and

15   we're going to conduct a search warrant.

16   [Inaudible]

17   CB: And uh we'll try not to take up too much of your time but your cooperation will go a long way.

18   MX: No problem.

19   CB: Okay? So let me call them over and we'll and we'll get started and hopefully you can point us out to

20   some of the things we're looking for [inaudible] and you can [inaudible].

21   DAUGHTER: [inaudible]

22   CB: We'll give you [inaudible]-

23   MX: So, will I need to move my dog away [inaudible]-

24   DAUGHTER: He's in the laundry room so he just on a leash if let us know when he wants to go in there,

25   he just really really [inaudible].

26   MX: Sure.

27   CB: Okay.

28   MX: So you're looking for you want to looking around the house.

29   CB: Yeah, yeah.

30   MX: Okay, okay, no problem.

31   CB: Alright [inaudible] We'll get things started over here and then I'll we'll sit hit and chat with you if

32   [inaudible] little [inaudible] uh [inaudible] just for for the sake of not interrupting your daughters,

33   [inaudible] what computers do you use?

34   MX: Yeah, this computer and this computer.

1   CB: Those two?

2   MX: Yeah. And and also use this [inaudible] and [inaudible] other one [inaudible] the one also-

3   CB: We'll gather those up. Which are the ones that you use in?

4   DAUGHTER: Um [I; inaudible]-

5   CB: This one here?

6   DAUGHETER Yeah,

7   CB: The Mac?

8   DAUGHTER: [inaudible]

9   CB: Okay.

10  DAUGHTER: [inaudible] I'll put my MacBook Pro over there.

11  CB: Great.

12  JM: [inaudible] It's going to be a little chaotic because there are going be federal agents in here.

13  DAUGHTER: Okay…

14  JM: Um. We'll probably just [inaudible] move you and your sisters over to this table so that way

15  everyone can just.

16  DAUGHTER: Okay…

17  JM: kind of do their thing and not really bother you guys um. Whos computer is that?

18  DAUGHTER: I think that's also yours.

19  MX: Mines.

20  JM: Okay.

21  MX: That's also mine.

22  *Microphone Distortion*

23  DAUGTHER: [inaudible] Can I see the warrant?

24  CB: Yeah, absolutely [inaudible].

25  JM: [inaudible].

26  *Distortion and zipping of backpack*

27  CB: You mind if I [inaudible]-

28  DAUGHTER: That's fine, yeah.

29  CB: Try and be as uh non invasive as possible.

30  JM: [Make sure] they don't take my bag [inaudible] they're going to be weirded out. Why's there so

31  much paper in the computers? Extra batteries. Granola bars.

32  MX: So how long would last [inaudible]?

33  JM: Um probably just an hour or two.

34  CB: If that.

1   MX: Because I just [inaudible] and then I come back at eight [inaudible] the last day of the class.

2   CB: Okay.

3   MX: [inaudible] and don't interrupt.

4   JM: [inaudible].

5   CB: Do you need your work computer for that?

6   MX: What?

7   CB: Do you need your work computer for that?

8   MX: I I use the zoom [inaudible]

9   CB: Okay so you can use a different computer to complete your work with the school, is that correct?

10  MX: This computer [inaudible].

11  JM: We're going to take a look [inaudible]

12  MX: Huh?

13  JM: [inaudible] take it with us-

14  MX: You you need to take the computer with you guys?

15  JM: We're wanting to make sure that [inaudible]-

16  MX: This one hold battery [inaudible] don't take it away, because I teach from it, this the SIU computer-

17  CB: Right what's probably going to happen is we'll take that computer with us and we've notified the

18  university of what we're doing today and they will come up with a uh a second computer like a computer

19  that you would be able to use to uh to get you by.

20  MX: Oh. So you?

21  DAUGHTER: [inaudible] Google Drive if you need to put [inaudible].

22  JM: [Inaudible]

23  CB: [Inaudible]

24  JM: [Inaudible]

25  CB: Yes

26  JM: [inaudible] instead of trying to send that [inaudible]-

27  DAUGHTER: [inaudible]

28  JM: [Inaudible]

29  CB: Yeah we haven't started yet, we're just now getting started.

30  JM: [inaudible] so we'll try [inaudible]-

31  CB: Alright.

32  JM: [inaudible; we'll try]

33  CB: Yup.

34  JM: [inaudible]

1   MX: Okay.

2   JM: [inaudible] Unfortunately since we notified the existence of the search warrant but we just can't let

3   you take anything of the computer.

4   MX: I don't have anything.

5   JM: [inaudible] It's things to where it might be [inaudible]-

6   DAUGHTER: [inaudible]

7   JM: We do everything standard for every other for every person-

8   MX: Okay.

9   JM: So because there's the ability for you know-

10  MX: So you need to take all the computer away?

11  JM: Uh huh.

12  MX: In the home?

13  JM: Um anyone that we're not going to take your daughter's computers away.

14  MX: Okay.

15  JM: Um but uh yeah we're going to be taking all the work computers away um and if you if you look on

16  the search warrant we're going to be taking uh passports, um a lot of financial documentation, things like

17  that.

18  MX: Okay, okay.

19  JM: Okay.

20  MX: Yeah I don't mind that and uh just saying that there's a computer you say like my work computer so

21  I need to save my student file.

22  JM: So that's what we were talking about when we take it to the university which is going to happen

23  today, we'll tell them we'll make a list of what files you want so do me a favor [inaudible] piece of paper

24  [inaudible]

25  MX: Okay.

26  JM: [inaudible; so like]

27  CB: This is part of our search team. Most of them are actually FBI agents as well and they'll be helping

28  with this.

29  DAUGHER: Okay, um, if you could just give my sisters a couple minutes to bring down their things to

30  work here [inaudible].

31  JM: Um yeah that should be fine.

32  CB: Yeah.

33  DAUGHTER: She's just getting her [inaudible]

34  CB: Yeah no worries no worries.

1   JM: [inaudible]

2   CB: What?

3   UNKNOWN

4   CB: [inaudible] Everybody's out there's one more-

5   UNKNOWN: Okay.

6   JM: [inaudible]

7   UNKNOWN: Okay.

8   CB: So is there one more sister upstairs?

9   DAUGHTER: There's three of us total.

10   CB: Total?

11   DAUGEHR: Elena.

12   CB: Yeah there's two [inaudible] as well, so there's nobody else here

13   DAUGHTER: Then I think they're… Yeah, correct.

14   CB: Alright.

15   JM: So, are they going to be cool working at that table, does that work?

16   DAUGHTER: Um yeah.

17   JM: Let's just do that there because there's no sense in doing it twice.

18   CB: Alright, do you want to go [inaudible]-

19   UNKNOWN: Yeah just a quick walkthrough.

20   CB: Just a quick walk through and we'll go through if you don't mind everyone else everyone should be

21   up here.

22   JM: Is the daughter's dog is on a leash?

23   DAUGHTER: [inaudible]

24   UNKNOWN: There's one person upstairs?

25   CB: There's nobody else upstairs there shouldn't be anybody else upstairs.

26   JM: I'm not talking about upstairs.

27   DAUGHTER: [inaudible] in the laundry room.

28   CB: Can we do this [inaudible]-

29   DAUGHTER: Yeah, yeah.

30   CB: Okay, great.

31   *Crash*

32   CB: Oops.

33   UNKNOWN: FBI.

34   DAUGHTER: [inaudible]

1  CB: Do you guys want to find the basement too?

2  UNKNOWN: There's a basement?

3  CB: Yeah [inaudible; basement]

4  UNKNOWN: Am I supposed to be in the basement?

5  CB: There's no everybody else is up here and there's no [inaudible] so um. Hey Adam, do you want to

6  clear the basement with him real quick?

7  ADAM: Yeah, sure.

8  CB: And then we'll get.

9  MX: So I need [inaudible] so I write it down if you write it down what I needed to do right.

10  DAUGHTER: [inaudible]

11  JM: [inaudible]

12  DAUGHTER: [inaudible]

13  CB: So one thing that I wanted to go over with you too is you're familiar with your rights like your

14  *Miranda* rights as well. Okay, so now that we're we're notifying you of the search warrant, I just wanted

15  to read these to you before you so understand exactly what's going on and you know make any decisions

16  if you want to make. And. You have the right to remain silent, anything can you say can and will be used

17  against you in court. You have the right to talk to a lawyer for advice before we ask you any questions.

18  You have a right to a lawyer with to have a lawyer with you during the questioning. If you cannot afford a

19  lawyer, one will be appointed to you before questioning if you wish. If you decide to answer any

20  questions now without a lawyer present, you have the right to stop answering at any point in time. Now if

21  you would sign that right there which just says that you read the statement of my rights and I understand

22  uh [inaudible] mind signing there stating that you understand your rights.

23  MX: Okay.

24  [inaudible]

25  CB: it is [inaudible]-

26  DAUGHER: [inaudible]

27  CB: Oh did he [inaudible] if you want to use your red pen that's fine as well.

28  MX: Oh okay.

29  JM: [inaudible]

30  MX: Okay, do I need the date?

31  CB: No, I'll put the date up here.

32  JM: [inaudible] I didn't know you were [inaudible]-

33  CB: Not completely, I'm a I'm a used bowl.

34  JM: [inaudible]

1   CB: So, do you have any questions for us at this time?

2   MX: So, I'm not sure what you're looking for? [inaudible]

3   CB: So, one of the things is we're going to ask for from you is uh any email address you use on a frequent

4   basis.

5   MX: SIU I use most SIU but I also have Gmail, Gmail dot com, but I most frequently use SIU.

6   CB: Okay great if you wouldn't mind, write those accounts down. The emails for us there.

7   MX: This the most frequent I use.

8   CB: And uh do you have any email accounts that you utilize while you're in China?

9   MX: Uh no mostly I used this I mean most of the email; I do have some others I very I very few use.

10   CB: Okay.

11   MX: I not use very often.

12   CB: Great, okay. How many phones do you utilize?

13   MX: Okay yeah this two but this majorly I use this but this is less.

14   CB: Okay. How many phones do you use?

15   MX: I only have one phone.

16   CB: One phone.

17   MX: Two, two, two, two, actually.

18   CB: Two phones?

19   MX: One is the 618 313 1098.

20   CB: Is that Samsung or what kind of phone?

21   MX: This is this a Huawei.

22   CB: Huawei phone okay. Can you just write Huawei phone down underneath? Is your other phone a

23   Huawei phone as well?

24   MX: No this is this.

25   CB: Okay.

26   MX: This is uh-

27   CB: That's your iPhone?

28   MX: Yeah, iPhone.

29   CB: Is it uh password protected?

30   MX: Uh, this one?

31   CB: Yeah.

32   MX: Um yeah.

33   CB: Could you write the password protection uh the code next to it as well?

34   MX: uh yeah. 00930.

1   CB: okay, and that phone what phone number is that phone there?

2   MX: Phone number actually don't because I don't remember I need to [inaudible] see if I write the

3   number somewhere…

4   CB: Okay, you don't have it in your phone?

5   MX: I don't use very often.

6   CB: I do the same thing I forget my phone number all the time.

7   MX: Okay [how can I] figure out the number. Don't use this very often.

8   CB: What do you use that phone for?

9   MX: Hm?

10  CB: What do you use that phone for?

11  MX: Oh this? I use this phone in China I use this one not working too expensive when you use the-

12  CB: Right so you use that phone in China.

13  MX: And then I bought this one to use inside China-

14  CB: Right.

15  MX: But then outside I don't use it.

16  CB: Gotcha.

17  MX: So I need to figure out that this iPhone the password is. 3 0 supposed to be let me double check.

18  Okay.

19  CB: Okay.

20  MX: I just look. So you also need the phone number for that one?

21  CB: Yeah.

22  MX: Okay let me check [inaudible]-

23  CB: If you look at it it might say it in the contacts usually because mine will say right at the top of my

24  contacts.

25  MX: K… K. K..

26  UNKNOWN: [inaudible]

27  CB: Uh, they're doing school right now.

28  UNKNOWN: Okay.

29  CB: So if you could not disrupt them as much as possible.

30  UNKNOWN: Okay.

31  CB: Um. [inaudible] not wandering around-

32  UNKNOWN: Yeah; Yeah.