U//FOUO

| FD-759 | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- |
| 09/18/2020 | APPROVAL OF CONSENSUAL MONITORING OR OTHER ELECTRONIC DEVICES: **REQUEST TO RECORD INTERVIEW** |

The FD-759 is to be executed by the Field Office whose case number will appear on the form.
Approved forms must be documented in Sentinel and distributed to the ELSUR Technician.
The FD-759 is only required for surreptitiously recorded, noncustodial interviews. See DIOG 18.5.6.4.17.2.3 for additional information.

## BACKGROUND INFORMATION

| Field Office: | Date: |
| --- | --- |
| Springfield | 11/17/2020 |

CM#: *(If know)*

Contact:
Name: Stephen Dalechek
Phone: 2172994392      Ext:
Squad: 9

| Main Case File: | Case Subfile: |
| --- | --- |
| 284G-SI-3309537 | ELA |

Title Text: ELA

| 1. Interviewee: (If interviewee is a public official, include title and entity.) | 1a. The Interviewee is a: |
| --- | --- |
| Name: MingQing Xiao | ☑ Subject |
| Title: Professor | ☐ Witness |
| Entity: SIUC | ☐ Victim |
| | ☐ Unknown at this time |

2. Synopsis of Case and Description of Proposed Recordings Circumstances:

Articulate pertinent, timely facts, and predication for which the recording is requested and the circumstances in which the recording device will be used.

MingQing Xiao is employed as a Professor at SIUC, and employed at three undeclared Chinese Universities. Xiao has applied for federal grant funds from NSF. In the application, Xiao did not disclose his affiliation with the Chinese University, or funding by the Peoples Republic of China. On December 3, 2020, a Search Warrant will be executed at Xiao's residence. The SA Chris Bockelmann will attempt to interview Xiao before the Search Warrant. The interview will be used as evidence. In other investigations, Subjects change their behavior and answers when they know they are being recorded.

Page 1

U//FOUO

| FD-759<br>09/18/2020 | **FEDERAL BUREAU OF INVESTIGATION**<br>**APPROVAL OF CONSENSUAL MONITORING OR OTHER**<br>**ELECTRONIC DEVICES: REQUEST TO RECORD INTERVIEW** |
|---|---|

3. Reason for Request to Record Interview: (check all that apply)

- [x] Individual's own words/appearance may help rebut any doubt about the voluntariness of his/her statement, help with other expected issues at trial, or be of value to behavioral analysts.
- [x] US Attorney's Office or Federal District Court prefers recorded statements.
- [ ] State court prosecution is possible and local law or practice requires or strongly prefers recording.
- [x] Interviews with other individuals in the same or related cases have been electronically recorded.
- [ ] Potential use of the individual as a cooperating witness and use of the individual's own words may be valuable in eliciting cooperation.
- [ ] Any other details that support the request to record (specify below).

Other Details:



4. Will the monitoring occur in the territory of another division?   [ ] Yes   [x] No

If yes, has the SSA responsible for this investigative program in that field office be contacted per DIOG 18.6.1.5.1.5?

[ ] Yes   [ ] No

Date of Contact: _____

Division: _____

SSA Contacted: _____

5. Are you documenting prior approval?

SSA Approval

Name: _____   Date: _____

**APPROVALS**

SSA Approval

Name: _[signature]_____   Date: _11-23-20_

Page 2

U//FOUO