FD-1086
Rev. 5-6-2015

**FEDERAL BUREAU OF INVESTIGATION**
**CONSENT TO ASSUME ONLINE IDENTITY AUTHORIZATION FORM**

I, _MingQing Xiao_, hereby voluntarily authorize _SA Stephen Dalecheck_ or other agents of the FBI to assume and use my (or my minor child's) "online identity". I give this consent freely and voluntarily, without fear, threats, coercion, or promises of any kind. I have been advised of my right to refuse to allow the FBI to assume my (or my minor child's) online identity, and I hereby voluntarily waive this right. This online identity includes the following screen name(s), aliases and/or nickname(s), and/or e-mail addresses, as well as the passwords associated with these accounts:

| ACCOUNT NAME | PASSWORD |
|---|---|
| ICBC | Doreen0509Xiao |
| Ping An Bank | 641209 |
| Huawei | 641209 |

This authorization provides my consent to allow the FBI full access and use of the accounts listed above, including but not limited to:

- Monitor incoming and/or outgoing communications
- Using and/or disclosing accessed information
- Searching stored content in the account
- Sending and receiving communications with individuals or groups utilizing the above named accounts(s)

I understand the FBI will change the password(s) to this account so that I will no longer have access. This authorization is valid from the date of signature. I also understand that this consent will continue until such time as I revoke this authorization.

Signature: _[signed]_
Name (printed): _MINGQING XIAO_
Date: _1/21/2021_

Witness: _Chris Bockelmann_
Name (printed): _CHRIS BOCKELMANN_
Official Title: _SPECIAL AGENT_
Date: _1/21/2021_

Witness: _[signed]_
Name (printed): _Stephen Dalecheck_
Official Title: _Special agent_
Date: _1/21/2021_