

EXHIBIT 3

Pursuant to PAPPG Chapter II.C.1.e., each PI, co-PI, and other senior project personnel identified on a proposal must provide collaborator and other affiliations information to help NSF identify appropriate reviewers.(v.4/21/2017)

Please complete this template (e.g., Excel, Google Sheets, LibreOffice), save as a .xlsx or .xls, and upload directly as a Fastlane Collaborators and Other Affiliations single copy doc.
Do not upload .pdf.

There are five tables:
A: Your Name & Affiliation(s);
B: PhD Advisors/Advisees (all);
C: Collaborators;
D: Co-Editors;
E: Relationships

List names as Last Name, First Name, Middle Initial.  Additionally, provide email, organization, and department (optional) to disambiguate common names.

Fixed column widths keep this sheet one page wide; if you cut and paste text, set font size at 10pt or smaller, and abbreviate, where necessary, to make the data fit.

To insert *n* blank rows, select *n* row numbers to move down, right click, and choose Insert from the menu.
You may fill-down (crtl-D) to mark a sequence of collaborators, or copy affiliations.  Excel has arrows that enable sorting.
"Last active" dates are optional, but will help NSF staff easily determine which information remains relevant for reviewer selection.

**Table A: List your Last Name, First Name, Middle Initial, and organizational affiliation (including considered affiliation) in the last 12 months.**

| A | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | Xiao, Mingqing | Southern Illinois University Carbondale | |
| | | | |
| | | | |
| | | | |

**Table B: List names as Last Name, First Name, Middle Initial, and provide organizational affiliations, if known, for the following.**
G:     Your PhD Advisor(s)
T:     All your PhD Thesis Advisees
P:     Your Graduate Advisors

| B | Advisor/Advisee Name: | Organizational Affiliation | to disambiguate common names<br>Optional  (email, Department) |
|---|---|---|---|
| G: | Basar, Tamer | University of Illinois at Urnana-Champaign | |
| T: | Basar, Tamer | University of Illinois at Urnana-Champaign | |
| P: | Basar, Tamer | University of Illinois at Urnana-Champaign | |
| | | | |
| | | | |

**Table C: List names as Last Name, First Name, Middle Initial, and provide organizational affiliations, if known, for the following.**
A:     Co-authors on any book, article, report, abstract or paper (with collaboration in last 48 months; publication date may
        be later).

C:     Collaborators on projects, such as funded grants, graduate research or others (in last 48 months).

| C | Name: | Organizational Affiliation | to disambiguate common names<br>Optional  (email, Department) | Last Active |
|---|---|---|---|---|
| A: | James T. Cronin | Louisiana State University | | 1/15/16 |
| A: | Xiongping Dai | Nanjing University | | 6/1/17 |
| A: | Min A | Coppin State University | | 6/10/13 |
| A: | Yiu-ming Cheung | Hong Kong Baptist University | | 9/12/13 |
| A: | Xin-zhuang Dong | Qingdao University | | 5/1/17 |
| A: | Bittany Froese | New Jersey Institute of Technology | | 2/12/17 |
| A: | Xuejun Gao | Guangdong University of Technology | | 12/20/14 |
| A: | Yu Huang | Zhongshan University | | 6/1/17 |
| A: | Tingwen Hang | Texas A&M University at Qatar | | 6/1/17 |
| A: | Wei Kang | Naval Postgraduate School | | 4/12/15 |
| A: | Authur J. Krener | Naval Postgraduate School | | 4/12/15 |
| A: | Buyang Li | Nanjing University | | 6/1/17 |
| A: | Chuangdong Li | Southwest University | | 5/10/15 |
| A: | Hailin Liu | Guangdong University of Technology | | 4/20/14 |
| A: | Adam M. Oberman | McGill University | | 6/1/17 |
| A: | Wen Li | South China Normal University | | 2/1/16 |
| A: | John D. Reeve | Southern Illinois University Carbondale | | 1/15/16 |
| A: | Jens Saak | Max Planck Institute for Dynamics of Complex Technology | | 7/1/15 |
| A: | Haiwei Sun | University of Macau | | 6/1/16 |
| A: | Jiechang Wen | Guangdong University of Technology | | 9/1/14 |
| A: | Dashun Xu | Southern Illinois University Carbondale | | 1/10/16 |
| A: | Jianhong Xu | Southern Illinois University Carbondale | | 9/15/14 |
| A: | Liang Xu | Naval Research Laboratory | | 4/12/15 |
| A: | Bin Zhou | Harbin Institute of Technology | | 7/1/15 |
| A: | Zhigang Zeng | Huazhong University of Science and Technology | | 10/1/15 |
| A: | Xiaojun Zhou | Central South University | | 10/1/15 |
| C: | John D. Reeve | Southern Illinois University Carbondale | | 8/30/16 |
| C: | Dashun Xu | Southern Illinois University Carbondale | | 8/30/16 |
| C: | Jianhong Xu | Southern Illinois University Carbondale | | 7/31/17 |
| A: | Hailing Dong | Shenzhen University | | 7/31/18 |

**Table D: List editorial board, editor-in-chief and co-editors with whom you interact. An editor-in-chief should list the entire editorial board.**
B:     Editorial board: Name(s) of editor-in-chief and journal (in past 24 months).
E:     Other Co-Editors of journals or collections with whom you directly interacted (in past 24 months).

| D | Name: | Organizational Affiliation | to disambiguate common names<br>Journal/Collection | Last Active |
|---|---|---|---|---|
| B: | T. Parisini | Imperial College London | European Journal of Control | |
| E: | N/A | | | |
| | | | | |
| | | | | |
| | | | | |

**Table E: List persons for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.**
R:     Additional names for whom some relationship would otherwise preclude their service as a reviewer.

| D | Name: | Organizational Affiliation | to disambiguate common names<br>Optional  (email, Department) | Last Active |
|---|---|---|---|---|
| R: | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |