### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MINGQING XIAO )<br>)<br>Defendant. )<br>) | Case No: 21-CR-40039-SMY |

## MOTION TO CONTINUE TRIAL SUBPOENAS

Defendant Mingqing Xiao ("Defendant" or "Dr. Xiao"), through his undersigned counsel, respectfully submits to this Court this request for an Order continuing in full force and effect all pending trial subpoenas issued by Dr. Xiao in the above-captioned matter to the rescheduled trial date of April 25, 2022.

Dr. Xiao served several prospective witnesses with appearance subpoenas for trial in this matter, which had been set to commence on October 25, 2021. On October 8, 2021, the Court granted a continuance for trial to commence on April 25, 2022 (ECF No. 66).

In light of this continuance, Dr. Xiao respectfully requests that the Court order all previous trial subpoenas served on his behalf upon witnesses in the above-captioned matter to be continued until April 25, 2022, and order all such witnesses to appear on that date, or a later date to be determined with counsel based upon the anticipated date of witness examination.

Dated: March 4, 2022                          Respectfully submitted,

                                              /s/ Ryan P. Poscablo

Ryan P. Poscablo, Esq., *pro hac vice*
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

Patrick F. Linehan, Esq., *pro hac vice*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000
plinehan@steptoe.com

Michelle D. Nasser, Esq.
Dowd Bennett LLP-St. Louis
7733 Forsyth Boulevard, Suite 1900
St. Louis, MO 63105
(314) 889-7300
mnasser@dowdbennett.com

*Attorneys for Defendant Mingqing Xiao*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I caused the foregoing document to be filed electronically with the ECF System, which will send notification of such filing the following:

Peter T. Reed
Assistant U.S. Attorney
U.S. Attorney's Office – Southern District of Illinois
9 Executive Drive
Fairview Heights, IL 62208


/s/ Ryan P. Poscablo
Ryan P. Poscablo, *pro hac vice*
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Attorney for Defendant Mingqing Xiao*