# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

United States of America )
*Plaintiff(s)* )
v. ) Case Number: 4:21-cr-40039
Mingqing Xiao )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Mingqing Xiao.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Maryland. The state and federal bar numbers issued to me are: 2202010038.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Apr 14, 2022
Date

Signature of Movant

1330 Connecticut Avenue, NW
Street Address

Joshua Dupre
Printed Name

Washington, DC 20036
City, State, Zip