# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

DATE: April 27, 2022          DAY: 3          CASE NO. 21-cr-40039-SMY

PRESIDING:    HON. STACI M. YANDLE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURT REPORTER:   Chris LaBuwi |
|  | ) |  |
| Plaintiff, | ) | COURTROOM DEPUTY:    Stacie Hurst |
|  | ) |  |
|  | ) | CONVENED:    9:00 a.m. |
| vs. | ) | ADJOURNED:  2:53 p.m. |
|  | ) |  |
| MINGQING XIAO, | ) | CRIMINAL:    X |
|  | ) |  |
| Defendant. | ) | RECESS:   11:46 a.m. – 1:00 p.m. |

**Counsel for Government:** Peter Reed, Scott Verseman, Shawn Shugert

**Counsel for Defendant:** Ryan Poscablo, Patrick Linehan, Michelle Nasser, Brittney Denley, Joshua Dupre

**GOVERNMENT WITNESSES:**
| (1) | James Westfall | time: | 9:05 a.m. – 9:21 a.m. |
|---|---|---|---|
| (2) | Cameron McDowell | time: | 9:22 a.m. – 10:08 a.m. |
| (3) | Zhirong Yang (out of presence of jury) | time: | 11:06 a.m. – 11:32 a.m. |
| (4) | Zhirong Yang (in the presence of jury) | time: | 1:07 p.m. – 1:22 p.m. |
| (5) | Stephen Dalechek | time: | 1:23 p.m. – 2:30 p.m. |

**GOVERNMENT'S EXHIBTS:**
112, 18, 19, 21, 26, 27, 28, 29, 25, 11, 61, 62

**DEFENDANT'S EXHIBIT:**
138

The parties stipulate to the authenticity, and they are admitted as authentic translations: Government's Exhibits 21, 23, 25, 27, 29, 32, 34, 37, 40, 42, 44, 46, 48, 51, 53, 55, 58, 60, 62, 64, 66, 72, 74, 76, 78, 82, 91

Jury trial to reconvene April 28, 2022 at 9:00 a.m.