# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

DATE: April 28, 2022     DAY: 4     CASE NO. 21-cr-40039-SMY

PRESIDING: HON. STACI M. YANDLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT REPORTER: Chris LaBuwi |
| Plaintiff, | COURTROOM DEPUTY: Stacie Hurst |
| vs. | CONVENED: 9:11 a.m. |
| | ADJOURNED: 4:22 p.m. |
| MINGQING XIAO, | CRIMINAL: X |
| Defendant. | RECESS: 11:59 a.m. – 1:16 p.m. |

**Counsel for Government:** Peter Reed, Scott Verseman, Shawn Shugert

**Counsel for Defendant:** Ryan Poscablo, Patrick Linehan, Michelle Nasser

**GOVERNMENT WITNESSES:**
(1) Stephen Dalechek (cont'd from April 27, 2022)     time: 9:23 a.m. – 2:20 p.m.
(2) Yvonne Ou     time: 2:45 p.m. – 4:21 p.m.

**GOVERNMENT'S EXHIBITS:**
41, 42, 43, 44, 50, 51, 52, 53, 56, 57, 58, 59, 60, 73, 74, 75, 76, 77, 78, 81, 82, 85, 86, 87, 88, 89, 90, 91, 116, 117, 118, 180

**DEFENDANT'S EXHIBITS:**
88, 152, 152a, 246, 363

**Day 5 of Jury Trial set for May 2, 2022, at 9:00 a.m.**