# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

DATE:  May 2, 2022     DAY: 5     CASE NO. 21-cr-40039-SMY

PRESIDING:   HON. STACI M. YANDLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | COURT REPORTER:   Chris LaBuwi |
| Plaintiff, | COURTROOM DEPUTY:   Stacie Hurst |
|  | CONVENED:   8:51 a.m. |
| vs. | ADJOURNED:   4:36 p.m. |
| MINGQING XIAO, | CRIMINAL:   X |
| Defendant. | RECESS:   11:52 a.m. – 1:00 p.m. |

**Counsel for Government:**   Peter Reed, Scott Verseman, Shawn Shugert

**Counsel for Defendant:**   Ryan Poscablo, Patrick Linehan, Michelle Nasser, Brittney Denley, James Hobbs

**GOVERNMENT WITNESSES:**
(1) Zhirong Yang              time:  9:11 a.m. – 9:43 a.m.
(2) William O'Sullivan        time:  9:45 a.m. – 10:01 a.m.
(3) Lisa Skelly               time:  10:24 a.m. – 11:50 a.m.
(4) Christopher Bockelmann    time:  1:05 p.m. – 3:18 p.m.
(5) Michael Welch             time:  3:20 p.m. – 4:22 p.m.

**GOVERNMENT'S EXHIBITS:**
13, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106

**DEFENDANT'S EXHIBITS:**
374, 375, 376, 377

Day 6 of Jury Trial set for May 3, 2022, at 8:30 a.m. Jury to be present at 10:00 a.m.