# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

DATE:  May 3, 2022           DAY:  6           CASE NO. 21-cr-40039-SMY

PRESIDING:   HON. STACI M. YANDLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | COURT REPORTER:  Chris LaBuwi |
| Plaintiff, | COURTROOM DEPUTY:  Stacie Hurst |
|  | CONVENED:  9:10 a.m. |
| vs. | ADJOURNED:  3:28 p.m. |
| MINGQING XIAO, | CRIMINAL:  X |
| Defendant. | RECESS:  11:25 a.m. – 12:32 p.m. |

**Counsel for Government:**   Peter Reed, Scott Verseman, Shawn Shugert

**Counsel for Defendant:**   Ryan Poscablo, Patrick Linehan, Michelle Nasser, Brittney Denley, James Hobbs, Joshua Dupre

Defendant's Motion for Judgment of Acquittal Under Rule 29 is GRANTED in part and DENIED in part. Order entered.

**DEFENDANT(s) WITNESSES:**
(1)  Kathleen Pericak-Spector          time:   12:42 p.m. – 12:58 p.m.
(2)  Scott Ishman                                 time:    1:04 p.m. – 1:21 p.m.

**DEFENDANT'S EXHIBITS:**   23, 24, 59, 60, 62, 84, 86, 90, 106, 108, 129, 219, 230, 304, 313, 165, 166, 167, 504, 505, 506, 515 (limited purpose)

**GOVERNMENT'S EXHIBITS:** 20, 24, 17, 7

A record is made that Government's Exhibits 16 and 49 were admitted on April 28, 2022, but not included in the minutes.

The Court engages in colloquy with defendant regarding his right to testify. Defendant informs the Court he does not wish to testify.

**DEFENDANT RESTS:**   1:44 p.m.

**CONFERENCE FOR JURY INSTRUCTIONS HELD:**   2:19 p.m. – 3:28 p.m.

Day 7 of Jury Trial set for May 4, 2022, at 9:00 a.m.