# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

| | | |
|---|---|---|
| DATE: May 4, 2022 | DAY: 7 | CASE NO. 21-cr-40039-SMY |

PRESIDING:   HON. STACI M. YANDLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COURT REPORTER:   Chris LaBuwi |
| Plaintiff, ) | COURTROOM DEPUTY:   Stacie Hurst |
| ) | CONVENED:   9:05 a.m. |
| vs. ) | ADJOURNED:   4:36 p.m. |
| MINGQING XIAO, ) | CRIMINAL:   X |
| Defendant. ) | RECESS:   11:44 a.m. – 12:30 a.m. |

**Counsel for Government:**   Peter Reed, Scott Verseman, Shawn Shugert

**Counsel for Defendant:**   Ryan Poscablo, Patrick Linehan, Michelle Nasser, Brittney Denley, James Hobbs, Joshua Dupre

**FINAL ARGUMENT:**
Peter Reed on behalf of Government.
Ryan Poscablo on behalf of defendant.
Shawn Shugert on behalf of Government.

Defendant's oral renewed Rule 29 motion for judgement of acquittal on counts 3-7 is DENIED.

**MARSHAL SWORN: X**

**JURY RETIRES:**   12:33 p.m.          **JURY RETURNS:**   4:20 p.m.

**ALTERNATE JURORS EXCUSED: X**

**VERDICT GIVEN TO COURT:**   X   **VERDICT READ:** X   **JURY POLLED:** X

**VERDICT:**
We, the jury, find the defendant, MingQing Xiao, NOT GUILTY of False Statement as charged in Count 3 of the Indictment.
We, the jury, find the defendant, MingQing Xiao, GUILTY of False Statement on Tax Return as charged in Count 4 of the Indictment.
We, the jury, find the defendant, MingQing Xiao, GUILTY of Fraud or False Statement on Tax Return as charged in Count 5 of the Indictment.
We, the jury, find the defendant, MingQing Xiao, GUILTY of Fraud or False Statement on Tax Return as charged in Count 6 of the Indictment.
We, the jury, find the defendant, MingQing Xiao, GUILTY of Failure to File Report of

**Foreign Bank Account as charged in Count 7 of the Indictment.**

**JURY EXCUSED:   X**

**DEFENDANT CALLED BEFORE COURT:   X**

**EXHIBITS WITHDRAWN:    X**

**The Court grants Defendant's oral motion to extend the time to file a motion for judgment notwithstanding the verdict to 30 days.**

**Disposition set for August 11, 2022, at 9:30 AM in Benton , Illinois before Judge Staci M. Yandle.**

**Bond continued.**