**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 21–cr–40039-SMY** |
| | ) |
| | ) |
| **MINGQING XIAO,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

**YANDLE, District Judge:**

This matter is before the Court on Defendant Mingqing Xiao's Supplemental and Amended Consent Motion for Modification of Release Conditions (Doc. 180).  For good cause shown, and absent an objection from the Government, the supplemental motion is **GRANTED**. Defendant's bond conditions are modified as follows:

> Defendant may travel to Louisville, Kentucky and Sellersburg, Indiana (for the purposes detailed in the supplemental motion) between June 12, 2022 and June 18, 2022.

All other current bond conditions remain in effect.  Defendant shall remain in contact with the United States Probation Office at all times.  Defendant's Consent Motion for Modification of Release Conditions (Doc. 172) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: June 1, 2022**

**STACI M. YANDLE
United States District Judge**