IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:21-cr-40039-SMY |
| | ) |
| MINGQING XIAO, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S POST-TRIAL MOTION**

The United States, through counsel, hereby moves for a two-week extension of time to file a response to Defendant's post-trial motion, Doc. 184. In support thereof, the undersigned states as follows:

1. On May 4, 2022, the court granted Defendant's oral motion for an extension of time to file a post-trial brief under Rule 29 and Rule 33, from 14 days to 1 month.

2. On June 3, 2022, the Defendant filed his post-trial brief under Rule 29 and Rule 33. *See* Doc. 184.

3. The Government's response is due June 17, 2022. *See* Local Rule 7.1(g).

4. On June 10, 2022, counsel for the Defendant indicated to the undersigned that he had no objection to a 14-day extension of time to file a response.

Wherefore, the government asks this Court to grant this motion and permit the government a 14-day extension of time, until July 1, 2022, to file a response to the post-trial motion.

        Respectfully submitted,

        STEVEN D. WEINHOEFT
        United States Attorney

        s/ *Peter T. Reed*

        PETER T. REED
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, IL  62208
        Peter.Reed@usdoj.gov
        (618) 628-3700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cr-40039-SMY |
| | ) | |
| MINGQING XIAO, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all attorneys of record.

s/ *Peter T. Reed*

PETER T. REED
Assistant United States Attorney