IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Case No: 21-CR-40039-SMY |
| | ) |
| MINGQING XIAO | ) |
| Defendant. | ) |

**CONSENT MOTION TO CONTINUE SENTENCING**

Defendant Mingqing Xiao ("Defendant" or "Dr. Xiao"), through his undersigned counsel, respectfully moves this Court for an Order continuing Dr. Xiao's Sentencing from August 11, 2022 to September 8, 2022 or September 9, 2022. The undersigned has conferred with AUSA Peter Reed, who has no objection to Defendant's request. In support of this Motion, Dr. Xiao submits the following:

1. On April 25, 2022, trial in this matter commenced.

2. On May 3, 2022, the Court granted Dr. Xiao's motion for a judgment of acquittal and dismissed Counts 1 and 2.

3. On May 4, 2022, the jury returned a verdict and Dr. Xiao was acquitted of Count 3 and found guilty of Counts 4-7. The Court set Sentencing for August 11, 2022.

4. Counsel for Dr. Xiao respectfully requests that the Court adjourn the sentencing date due to various conflicting personal and professional commitments.

5. In light of the foregoing, Dr. Xiao requests that the Court continue Dr. Xiao's Sentencing to September 8, 2022 or September 9, 2022.

6. This Motion is filed in good faith and not intended to delay the proceedings of the instant case.

7. On July 15, 2022, undersigned counsel for Dr. Xiao conferred with AUSA Peter Reed who advised that he has no objection to Dr. Xiao's request. Further, no party is prejudiced by the granting of this motion.

Wherefore, Defendant Mingqing Xiao respectfully requests that the Court grant his Motion to Continue Sentencing and continue the date of sentencing to September 8, 2022 or September 9, 2022.

Dated: July 15, 2022

Respectfully submitted,

Ryan P. Poscablo, Esq., *pro hac vice*
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

Patrick F. Linehan, Esq., *pro hac vice*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-3000
plinehan@steptoe.com

Michelle D. Nasser, Esq.
Dowd Bennett LLP-St. Louis
7733 Forsyth Boulevard, Suite 1900
St. Louis, MO 63105
(314) 889-7300
mnasser@dowdbennett.com

*Attorneys for Defendant Mingqing Xiao*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I caused the foregoing document to be filed electronically with the ECF System, which will send notification of such filing the following:

Peter T. Reed
Assistant U.S. Attorney
U.S. Attorney's Office – Southern District of Illinois
9 Executive Drive
Fairview Heights, IL 62208

Ryan P. Poscablo, *pro hac vice*
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
rposcablo@steptoe.com

*Attorney for Defendant Mingqing Xiao*