IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cr-40039-SMY |
| ) | |
| MINGQING XIAO, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION TO WITHDRAW FILING

In response to the Court's order (Doc. 209) to show cause for sealing the government's motion for costs of prosecution (Doc. 206), the government states as follows:

1. The government has no objection to unsealing the motion for the costs of prosecution in this case.

2. Wherefore, the undersigned asks to withdraw the government's sealed motion for costs (Doc. 206) and has filed an unsealed copy of the same (Doc. 210).

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

/s/ *Peter T. Reed*
Peter. T. Reed
Scott A. Verseman
Assistant United States Attorneys
Nine Executive Drive
Fairview Heights, IL 62208
Peter.Reed@usdoj.gov
Scott.Verseman@usdoj.gov
(618) 628-3700
Fax: (618) 628-3720

1

                                        S. Derek Shugert  
                                        Trial Attorney  
                                        U.S. Department of Justice  
                                        950 Pennsylvania Avenue, NW  
                                        Washington, DC 20530  
                                        (202) 305-1629  
                                        shawn.shugert@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:21-cr-40039-SMY |
| MINGQING XIAO, | ) ) ) |
| Defendant. | ) |

### Certificate of Service

I hereby certify that on September 16, 2022, I caused to be electronically filed the foregoing to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

RACHELLE AUD CROWE
United States Attorney

*s/ Peter T. Reed*

PETER T. REED
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
peter.reed@usdoj.gov
(618) 628-3700, Fax: (618) 628-3720