**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

☒ **Benton**        ☐ East St. Louis        ☐ Contested        ☒ **Uncontested**

# MINUTES OF DISPOSITION

JUDGE:  **STACI M. YANDLE, United States District Judge**

USA v. MingQing Xiao                CRIMINAL CASE NO.:  4:21-cr-40039-SMY

REPORTER:  Chris LaBuwi                DEPUTY:  Stacie Hurst

GOVT. COUNSEL: Peter T. Reed,          DEF. COUNSEL:  Ryan P. Poscablo,
                Shawn Derek Shugert                    Patrick F. Linehan,
                                                       Michelle D. Nasser

DATE: September 19, 2022              TIME:  1 hour

---

The Court Orders the Presentence Investigation Report to be SEALED with Counsel having access to same in the event of an Appeal.  The Recommendation is to be placed under separate seal and Counsel will not have access to same.

The Court's rulings on the objections to the Presentence Investigation Report are contained in the Addendum and are made a part of this record, under seal.

OFFENSE LEVEL:  12                CRIMINAL HISTORY CATEGORY:  I

SENTENCE RANGE:  10 - 16 months        FINE RANGE:  $5,500-$55,000

SUPERVISED RELEASE RANGE:  Cts. 4-6: 1 year; Ct. 7: 1 year-3 years

**SENTENCE:     Defendant is sentenced to probation for a term of 1 year on all counts, to be served concurrently.**

The Court suspends the special condition set forth in paragraph 94 of the Presentence Investigation Report with respect to location monitoring.

Defendant waives reading of the terms and conditions of supervision.

Defendant shall pay a **FINE** in the amount of **$600** payable to the Clerk, United States District Court, due immediately.  ☒ INTEREST WAIVED

Defendant shall pay a **SPECIAL ASSESSMENT** of **$400** payable to the Clerk, United States District Court, due immediately. ☒ INTEREST WAIVED

Government's Motion for Costs of Prosecution is GRANTED IN PART and DENIED IN PART. Defendant is ordered to pay cost of prosecution pursuant to 26 U.S.C. § 7206 in the amount of $1,357.00.

Defendant advised of right to appeal within 14 days.