**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cr-40039-SMY |
| | ) | |
| MINGQING XIAO, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION FOR LEAVE TO WITHDRAW JAMES M. HOBBS AS COUNSEL</u>**

Comes now Defendant Mingqing Xiao ("Dr. Xiao" or "Defendant"), by his attorneys, and, respectfully moves this Court for leave to withdraw James M. Hobbs as counsel for Dr. Xiao under Local Rule 83.1(g).  In support of his motion, Defendant states as follows:

1. James M. Hobbs has entered an appearance as counsel for Dr. Xiao in this matter.

2. Mr. Hobbs is leaving the law firm Steptoe & Johnson LLP.

3. Dr. Xiao will continue to be represented by his other counsel of record, including the other Steptoe & Johnson LLP attorneys who have appeared before this Court in this matter.

4. This matter is on appeal, and Mr. Hobbs's withdrawal will not delay or disrupt the proceedings before this Court in any way.

5. Dr. Xiao assents to Mr. Hobbs's withdrawal.

6. Undersigned counsel has consulted with opposing counsel, and the government has no objection to the requested relief.

WHEREFORE Defendant Mingqing Xiao respectfully requests that this Court grant this motion and permit James M. Hobbs to withdraw as counsel for Dr. Xiao.

Dated:  April 3, 2023

Respectfully submitted,

By:  Patrick F. Linehan

    Patrick F. Linehan, *pro hac vice*
    James M. Hobbs, *pro hac vice*
    Steptoe & Johnson LLP
    1330 Connecticut Avenue, NW
    Washington, DC  20036
    plinehan@steptoe.com
    jhobbs@steptoe.com
    202.429.3000

    Ryan P. Poscablo, *pro hac vice*
    Steptoe & Johnson LLP
    1114 Avenue of the Americas
    New York, NY 10036
    rposcablo@steptoe.com
    212.506.3900

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing motion with the

Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel

of record, including:

Peter T. Reed
Assistant United States Attorney
9 Executive Drive
Suite 300
Fairview Heights, IL 62208

Scott A. Verseman
Assistant United States Attorney
9 Executive Drive
Suite 300
Fairview Heights, IL 62208

Shawn Derek Shugert
Trial Attorney, National Security Division
950 Pennsylvania Ave., NW
Suite 7700d
Washington, DC 20530

     /s/ Patrick F. Linehan
     Patrick F. Linehan