# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 30, 2023

To:   Monica A. Stump
      UNITED STATES DISTRICT COURT
      Southern District of Illinois
      Benton, IL 62812-0000

| | |
|---|---|
| No. 22-2758 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> MINGQING XIAO, <br> Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 4:21-cr-40039-SMY-1 <br> Southern District of Illinois <br> District Judge Staci M. Yandle ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| Other to be returned later (specify items): | 2 flash drives of exhibits |

This notice sent to:
[x]  United States Probation Officer

form name: **c7_Mandate**     (form ID: **135**)