# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 8, 2023

Before

DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 22-2758 | UNITED STATES OF AMERICA, <br>     Plaintiff - Appellee <br><br> v. <br><br> MINGQING XIAO, <br>     Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 4:21-cr-40039-SMY-1 <br> Southern District of Illinois <br> District Judge Staci M. Yandle | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)

**CERTIFIED COPY**
A True Copy
Teste:
*[signature]*
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit